ORIGINAL

FILED
MAR 2 9 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FORD MOTOR COMPANY AND AFFILIATES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 02-483 T**
**The Honorable Francis M. Allegra**

## JOINT STATUS REPORT

Plaintiff, on behalf of itself and defendant[1] in the above-captioned case, and pursuant to the Order of March 1, 2005, respectfully provides the Court with this proposed schedule for further proceedings.

Counsel for the parties continue to pursue settlement of this case. While that is ongoing, they propose to proceed by dispositive motion. The parties therefore request that they be permitted (i) a period of sixty eight (68) days (to and including May 31, 2005) to prepare a stipulation of facts, and (ii) a further period of thirty days (to and including June 30, 2005) within

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing.

which plaintiff is to file the opening brief on cross-motions for summary judgment.

Respectfully submitted,

Joseph M. Persinger by Gilbert M. Polt

Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
jpersinger@milbank.com
(212) 530-5000

March 24, 2005

# CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 25th day of March, 2005, been made on defendant's counsel by mailing a copy thereof, in a postage prepaid envelope, to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

Gilbert M. Polt
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5321

March 25, 2005

Docket No. 02-483

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: JUDGE Allegra
FROM: CLERK'S OFFICE

The attached was received on 3/25/05
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ______________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ✓ No provision in the Rules (or court order) for the filing of this item
7. ____ This case has been designated as an *ECF* case.
8. ____ ______________________

[signature]
Deputy Clerk