# In The United States Court of Federal Claims

No. 02-483T

(Filed: April 5, 2005)

FORD MOTOR COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 29, 2005, the parties filed a joint status report, indicating a proposed schedule for further proceedings. The court adopts the following schedule:

1. On or before May 31, 2005, the parties shall file a joint stipulation of facts.

2. On or before June 30, 2005, plaintiff shall file a motion for summary judgment.

Further deadlines shall be governed by RCFC.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge