**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff, on behalf of itself and defendant[1] in the above-captioned case, and in accordance with Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's Special Procedures Order of May 31, 2002 [paragraphs (3) and (5)], respectfully moves the Court for (i) an enlargement of 21 days, from May 31, 2005, to and including June 21, 2005, within which parties shall file a joint stipulation of facts, and, (ii) an enlargement of 21 days, from June 30, 2005, to and including July 21, 2005, within which plaintiff is to file a motion for summary judgment.

[1] While this document has been prepared and executed only by plaintiff, it was reviewed and approved by defendant's counsel as a joint filing. Further, pursuant to RCFC 6.1, plaintiff is authorized to state that defendant will file no objection to this motion.

As good cause therefore, the parties state that (i) a joint stipulation of facts was due to be filed on or before today, May 31, 2005, and, (ii) plaintiff's motion for summary judgment is to be filed on or before June 30, 2005, both pursuant to the Court's Order of April 5, 2005. Counsel have agreed to certain facts and have commemorated this information to a preliminary draft. However, conflicts in the schedules of respective counsel have prevented the finalization of the stipulation, with the result that the stipulation cannot be timely filed. Counsel have calendared mutually convenient times during the next two weeks to discuss and complete the filing.

WHEREFORE, plaintiff respectfully requests that the motion for enlargement of time be granted.

Respectfully submitted,

May 31, 2005 ___________________________________

s/Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5000
Fax: (212) 822-5072
Email: jpersinger@milbank.com

Attorney for Plaintiff

May 31, 2005 ______________________________

s/W.C. Rapp
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0503
Fax: (202) 514-9440
Email: william.c.rapp@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
WILLIAM K. DREW
Reviewer

May 31, 2005 ______________________________

Of Counsel

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 31st day of May, 2005, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5000
Fax: (212) 822-5072
Email: jpersinger@milbank.com

May 31, 2005