# In The United States Court of Federal Claims

No. 02-483T

(Filed: June 2, 2005)

FORD MOTOR COMPANY AND
SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 31, 2005, plaintiff filed an unopposed motion for enlargement of time for the parties to file their joint stipulation of facts and for plaintiff to file a motion for summary judgment. The motion is hereby **GRANTED**. Accordingly,

1. On or before June 21, 2005, the parties shall file a joint stipulation of facts.

2. On or before July 21, 2005, plaintiff shall file a motion for summary judgment.

Further deadlines shall be governed by RCFC.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge