# In The United States Court of Federal Claims

No. 02-483T

(Filed: June 22, 2005)

---

FORD MOTOR COMPANY AND
SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 21, 2005, the parties filed a joint motion for enlargement of time for the parties to file their joint stipulation of facts.

On July 2, 2003, the court ordered the parties to file joint status reports every thirty days on the progress of their settlement, and on March 1, 2005, the court restored this case to the active docket. The parties' joint stipulation of facts was originally due May 31, 2005, which was extended to June 21, 2005, by order dated June 2, 2005.

The parties now seek further time in order to pursue more settlement talks, even though the parties have already had almost two years to pursue settlement. This court will not entertain any further motions for extensions based on settlement discussions. The motion is hereby **GRANTED** in part, and **DENIED**, in part. Accordingly,

1. On or before July 6, 2005, the parties shall file a joint stipulation of facts.

2. On or before August 4, 2005, plaintiff shall file a motion for summary judgment.

Further filings on the summary judgment motion shall be in accordance with the deadlines established by the RCFC.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge