**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

# JOINT STIPULATION OF FACTS

Pursuant to the Order of June 22, 2005, the parties[1] stipulate, for purposes of this case only, that the following facts may be accepted as true and correct, that the exhibits referred to herein are true copies of original documents, and that this stipulation and the exhibits referred to herein shall constitute evidence in this case and in all proceedings for judicial review thereof, subject to, however, the right of either party to object to any statement or referenced exhibit in this stipulation on grounds of relevance, to argue regarding the weight or significance of each fact or referenced exhibit, and to present additional factual and documentary evidence not inconsistent with the stipulated facts.

[1] While this document has been prepared and electronically filed by plaintiff's attorneys, it was reviewed and approved by defendant's counsel as a joint submission.

1. Plaintiff, Ford Motor Company and Affiliates (Ford), is a corporation organized and existing under the laws of the state of Delaware. Plaintiff currently has its principal place of business at One American Road, Dearborn, Michigan.

2. Defendant is the United States of America.

3. Jurisdiction is conferred on this Court under 28 U.S.C. § 1491.

4. This is an action under the internal revenue laws of the United States for the payment of additional allowable interest payable under Section 6611 of the Internal Revenue Code of 1986, as amended (the "Code") with respect to an overpayment of tax for the 1976 calendar tax year ("1976") of Ford. The correct calculation of this interest also involves tax events for the 1977, 1979, 1980 and 1981 calendar tax years ("1977,1979, 1980 and 1981, respectively").

5. On or about September 9, 1977, Ford Motor Company timely filed a federal corporate income tax return (Form 1120) for 1976 with the Internal Revenue Service (the "Service") at Cincinnati, Ohio. The name, address and identification number of the taxpayer appearing on the return for 1976 are as follows:

Ford Motor Company and Subsidiaries
The American Road
Dearborn, MI 48121
Taxpayer Identification Number 38-0549190

6. After a number of previous audits and adjustments to Ford's 1976 federal income tax account, the results of the final audit to this account posted on or about May 20, 1996 (cycle 9621). These adjustments included abatements of tax (in the amount of $5,052,403) and deficiency interest (in the amount of $4,414, 336). On the same date, allowable overpayment interest (in the amount of $10,079,031.45) posted to Ford's 1976 federal income tax account.

7. Attached as Exhibit A is a true copy of the Service's 1996 interest calculations.

8. Attached as Exhibit B is a true copy of a transcript of Ford's 1976 federal income tax account.

Respectfully submitted,

July 1, 2005

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5000
Fax: (212) 822-5072
Email: jpersinger@milbank.com

Attorney for Plaintiff

July 1, 2005

s/W. C. Rapp
W. C. Rapp
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0503
Fax: (202) 514-9440
Email: william.c.rapp@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

July 1, 2005

s/Mildred L. Seidman
Mildred L. Seidman
Of Counsel

Attorneys for Defendant

NY2:#4642316v7