Ford Motor Co. v. United States
(No. 02-483 T)
The Honorable Francis M. Allegra

# Exhibit A

7612
dd 3/15/77
ext dd 9/15/77

**EXHIBIT A**

Installment privileges - 97,180,166.54

| | | | | |
|---|---|---|---|---|
| TC 150 | | | 152,317,913.46 ✓ | |
| TC 660's | | | <98,950,000.00> ✓ | |
| TC 766 | | | <169,833.46> ✓ | |
| TC 300 | 2285 | 23C (9/12/85) | 7,093,713.00 ✓ | |
| TC 301 | | | <1,528,252.00> | |
| TC 300 | | 23C (1/28/91) | 1,528,252.00 | |
| TC 300 | 2285 | 23C (4/5/91) | 12,116,293.00 ✓ | |
| TC 301 | new 2285 | | <13,983,934.00> ✓ | |
| | | | 58,424,152.00 | |
| TC 836 | | 041577 | 20,450,000.00 | |
| | | | 78,874,152.00 | Installment Date 061577 |
| TC 660 | | 061577 | <88,500,000.00> ✓ | |
| TC 340 | | 061577 | -0- | |
| | | | <9,625,848.00> | 978,022 061577 ✓ |
| TC 840 | | 091477 | 14,851,920.00 ✓ | No allow int |
| | | | 5,226,072.00 | 091477 |
| TC 308 | 2285 | 010178 | 3,139.00 ✓ | |
| TC 309 | " | 010178 | <56,052,416.00> ✓ | |
| TC 309 | new 2285 | 010178 | <3,139.00> ✓ | |
| TC 340 | | 010178 | 109,496.96 | |
| | | | <50,716,847.04> | 010178 |
| TC 295 | | 080179 | <22,291.00> ✓ | |
| | | | <50,739,138.04> | 080179 |
| TC 295 | | 010180 | <46,316,906.46> ✓ | |
| TC 308 | 2285 | 010180 | 42,813,374.00 ✓ | |
| | | | <54,242,670.50> | 010180 |
| TC 700 | | 031580 | <8,434.00> ✓ | |
| | | | <54,2[illegible]104.50> | 031580 |
| | | | 1,781,674.32 | allow. int. |
| TC 840 | | 051280 | 46,316,906.46 | less allow int |
| | | | <6,15[illegible],583.72> | 051280 |

7612 Page 2

| | | | | |
|---|---|---|---|---|
| TC 840 | | 070880 | 1,832.44 ✓ 22,291.00 ✓ | allow. int. less allow. int. |
| | | | ⟨6,128,460.28⟩ | 070880 |
| TC 295 | | 010181 | ⟨341,336.05⟩ ✓ | |
| TC 295 | | 010181 | ⟨22,291.00⟩ ✓ | |
| TC 308 | 2285 | 010181 | 363,627.00 ✓ | |
| TC 299 | | 010181 | ⟨13,462,867.00⟩ ✓ | |
| TC 308 | new 2285 | 010181 | 13,462,867.00 ✓ | |
| | | | ⟨6,128,460.33⟩ | 010181 |
| TC 700 | | 031581 | ⟨2,115,070.10⟩ ✓ | |
| | | | ⟨8,243,530.43⟩ | 031581 |
| TC 840 | | 041581 | 11,670.89 341,336.05 ✓ | allow. int. less allow. int |
| | | | ⟨7,890,523.49⟩ | 041581 |
| TC 840 | | 050481 | 908.74 22,291.00 ✓ | allow. int less allow. int. ✓ |
| | | | ⟨7,867,323.75⟩ | 050481 |
| TC 295 | | 010182 | ⟨3,635,790.95⟩ ✓ | |
| TC 820 | | 010182 | 229,070.14 ✓ | |
| TC 820 | | 010182 | 28,874.35 ✓ | |
| TC 308 | 2285 | 010182 | 3,635,791.00 ✓ | |
| TC 299 | | 010182 | ⟨524,206.00⟩ ✓ | |
| TC 309 | new 2285 | 010182 | ⟨4,528,197.00⟩ ✓ | |
| TC 850 | | 010182 | 1,917,986.06 ✓ | |
| TC 730 | | 010182 | ⟨1,917,986.06⟩ ✓ | |
| | | | ⟨12,661,782.21⟩ | 010182 |
| TC 840 | | 091482 | 424,873.72 3,177,84[illegible].46 ✓ | less allow. int. |
| | | | ⟨9,059,06[illegible].03⟩ | 091482 |
| TC 770 | | 010183 | ⟨11,836,147.47⟩ | |
| | | | ⟨20,895,209.50⟩ | 010183 |
| TC 840 | | 071283 | 59,284.86 200,000.00 ✓ | less allow. int. |
| | | | ⟨20,635,92[illegible].64⟩ | 071283 |
| TC [illegible]20 | | 122184 | 2,511,51[illegible].58 ✓ | |
| TC 820 | | 122184 | 143,31[illegible].25 ✓ | |

7612

Page 3

| | | | |
|---|---|---|---|
| TC 640 | 122184 | <14,250,000.00> ✓ | |
| | | <32,231,093.81> | 122184 |
| TC 670 | 092785 | <100,011.71> ✓ | |
| TC 820 | 092785 | 100,011.71 ✓ | |
| | | <32,231,093.81> | 092785 |
| TC 670 | 100885 | <4,000.00> ✓ | |
| TC 820 | 100885 | 4,000.00 ✓ | |
| | | <32,231,093.81> | 100885 |
| TC 840 | 120287 ✓ | 31,253,071.60 ✓ | incl 17,265,772.60 [illegible] |
| | | <978,022.21> | 120287 |
| TC 770 | 120287 | <18,567,748.24> ✓ | |
| | | <19,545,770.45> | 120287 |
| TC 706 | 083190 | <30.00> ✓ | |
| TC 820 | 083190 | 30.00 ✓ | |
| | | <19,545,770.45> | |
| TC 706 | 031591 | <654.23> ✓ | |
| TC 706 | 031591 | <125.47> ✓ | |
| TC 820 | 031591 | 779.70 ✓ | |
| | | <19,545,770.45> | 120287 |
| TC 820 Trans. to 7112 yr. | | 6,983,319.63 ✓ | |
| TC 8[illegible] Trans. to 8212 yr. [illegible] + interest | | 13[illegible]57.97 ✓ | |
| TC 8[illegible] Trans. to 8412 yr. [illegible] | | 12,4[illegible],592.85 ✓ | |
| Balance | | -0- ✓ | ✓ EK 4/22/94 |

7612 page 4

| | |
|---|---|
| allow. int. credited | - <20,324,864.26> ✓ |
| correct allow. interest | - <30,403,895.71> ✓ |
| To be credited | <10,079,031.45> ✓ |
| | |
| assessed interest | - 4,523,802.96 ✓ |
| Corrected interest | 109,496.96 ✓ |
| to be abated | <4,414,336.00> ✓ |
| | |
| TC 301 | <5,052,403.00> ✓ |
| TC 341 | <4,414,336.00> ✓ |
| TC 770 | <10,079,031.45> ✓ |
| | |
| TC 820 Trans. to 7112, 8212, 8412 | 19,545,770.45 ✓ |
| Balance | -0- ✓ |

✓ EK 4/22/96

Ford Motor Co. v. United States
(No. 02-483 T)
The Honorable Francis M. Allegra

# Exhibit B

```
I00583

PAGE NO-0517   TAX PERIOD 02 197412*CONTINUED

                    *BMF MCC TRANSCRIPT-COMPLETE*          EMP NO 02-155-33801
                                                               DIANE'S DESK
 ACCOUNT NO 38-0549190                09-09-2003
 NAME CONT- FORD                     CYCLE-200337
***************************************************************************

    340 06291998          0.00    199824 17347-556-00018-8
                                         TAX MOTIVATED AMT-            0.00
                                         TAX MOTIVATED INT-            0.00
                                            INTEREST TO DT-06021998   MSR-
                                           COMPUTE INT AMT-         0.00

    300 06291998          0.00    199824 17347-556-00018-8 X
                                         HC  DC01 870D         ASED
                                                                    PC  AO
                                         CLAIM REJECT DT-

    421 06291998---------------   199824 17347-556-00018-8 X
                                         DISP CD-    SOURCE-

MF STAT-04 02171975 EXT DT-09151975       197506
MF STAT-10 05191975            0.00       197519
MF STAT-21 12011975       19,088.40       197547
MF STAT-12 12291975            0.00       197551
MF STAT-56 01051976            1.96       197602
MF STAT-21 01051976            1.96       197552
MF STAT-12 01261976            0.00       197602
**************************
* TAX PERIOD 02     197612 *             REASON CD-           MOD EXT CYC-200331
**************************
FS-0         CRINV-             LIEN-   17347-534-70004-6    CAF-1  FZ>    -ALIW
TDA COPYS-                              TDI COPYS-
        INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-38 BWNC-   BWI-
MF MOD BAL-              0.00                    C CORP-1     2% INT DT-02271991
                                                              GATT-1
ACRUED INTEREST-         0.00  0922200           CSED-04052001
ACCRUED PENALTY-         0.00  2003092           RSED-09151980
FMS- IA CD-0                                     ARDI-0              ASED-06301996

     150 10171977      152,317,913.46       197740
                                        38311-253-40300-7   CD-09091977 SRC-
RET RCVD DT-09091977                    PREPARE IND-0  PREPARE TIN-
                                               TAX PER T/P-       152,317,913.46
                                                         INSTALL-0  NAICS-003710
                                        FOREIGN-  EXTRETDT-
                                                NET TAX INC-     720,473,214.83
                                               EST TAX BASE-               0.00
                                                 PR YR BASE-               0.00
                                           UNAPPLIED CR ELECT-             0.00
                                        NET CREDITS CLAIMED-               0.00
                                        CREDIT ELECT CLAIMD-      20,450,000.00-
```

*****************************CONTINUED ON NEXT PAGE*****************************

000584

PAGE NO-0518 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

**************************************************************************************

MINIMUM TAX- 0.00
PERS HOLD TAX- 0.00
LARGE-0 ENV TAX- 0.00
NET RECEIPTS- 20,974,736,729.00
TOTAL INCOME- 6,592,023,931.74
TOTAL DEDUCT- 5,871,550,716.91

660 04151976 750,000.00- 197618 38397-121-00022-6 T

MICRO SER NO-17600000000734459
F8109B- MI-
ORIGINAL MFT- ORIGINAL TXPD-

660 06151976 100,000.00- 197627 38397-184-00022-6 T

MICRO SER NO-26600000000864854
F8109B- MI-
ORIGINAL MFT- ORIGINAL TXPD-

660 09151976 350,000.00- 197639 38397-265-00022-6 T

MICRO SER NO-17390000000051784
F8109B- MI-
ORIGINAL MFT- ORIGINAL TXPD-

660 12151976 400,000.00- 197703 38397-362-00022-6 T

MICRO SER NO-17520000000104177
F8109B- MI-
ORIGINAL MFT- ORIGINAL TXPD-

660 03151977 97,350,000.00- 197713 38397-080-00022-7 T

MICRO SER NO-17130000000045945
F8109B- MI-
ORIGINAL MFT- ORIGINAL TXPD-

620 03151977 0.00 197715 38304-078-03608-7

TENT TAX- 196,300,000.00

460 03241977--------------- 197716 17977-085-30500-7
EXT DATE-06151977 709-IND-0

460 06081977--------------- 197725 17977-155-32500-7
EXT DATE-09151977 709-IND-0

460 06141977--------------- 197725 17977-155-20203-7

***************************CONTINUED ON NEXT PAGE****************************

000585

PAGE NO-0519 TAX PERIOD 02 197612*CONTINUED

```
                    *BMF MCC TRANSCRIPT-COMPLETE*            EMP NO 02-155-33801
                                                                DIANE'S DESK
 ACCOUNT NO 38-0549190                09-09-2003
 NAME CONT- FORD                     CYCLE-200337
********************************************************************************
                                          EXT DATE-09151977   709-IND-0

     660 06151977 88,500,000.00-  197727 38397-175-00022-7 T

                                          MICRO SER NO-17260000000082278
                                                                F8109B-   MI-
                                          ORIGINAL MFT-      ORIGINAL TXPD-

     840 09141977 14,851,920.00   197740 38345-257-20000-7
                                          RFND INT-           0.00     CK#

     766 03151977    169,833.46-  197740 38311-253-40300-7
                                          CREDIT ID NUM-000
                                          TRANS-AMT         169,833.46-

     836 09091977 20,450,000.00   197740 38311-253-40300-7
                                          PRC-

     420R02161978---------------  197809 38977-047-00000-8
                                          AIMS #0000000002

     421 10031979---------------  197941 38977-047-00000-8
                                          DISP CD-99 SOURCE-

     424R10031979---------------  197941 38377-271-20000-9
                                          SOURCE-39  ORG-1224  PROJ-010  RET REQ-
                                          PTR DO-13

     421 10031979---------------  197941 38377-271-20000-9
                                          DISP CD-99 SOURCE-

     424R10031979---------------  197941 38377-271-20000-9
                                          SOURCE-39  ORG-1224  PROJ-010  RET REQ-
                                          PTR DO-13

     421 10031979---------------  197941 38377-271-20000-9
                                          DISP CD-99 SOURCE-

     424R10031979---------------  197941 38377-271-20000-9
                                          SOURCE-39  ORG-1224  PROJ-010  RET REQ-
                                          PTR DO-13

     421 10031979---------------  197941 38377-271-20000-9
                                          DISP CD-99 SOURCE-

     424R10031979---------------  197941 38377-271-20000-9
                                          SOURCE-39  ORG-1224  PROJ-010  RET REQ-
                                          PTR DO-13
```

****************************CONTINUED ON NEXT PAGE****************************

```
000586

PAGE NO-0520   TAX PERIOD 02 197612*CONTINUED

                      *BMF MCC TRANSCRIPT-COMPLETE*          EMP NO 02-155-33801
                                                                 DIANE'S DESK
 ACCOUNT NO 38-0549190                   09-09-2003
 NAME CONT- FORD                        CYCLE-200337
********************************************************************************

     560R10141977---------------   197950 38377-337-00000-9
                                         ASED-12311980     CYCLES-

     295 06021980 46,316,906.46-   198021 38354-535-90001-0
                                         HC1 ARC                  INTD01011980 PC
                                         CORRESPONDDT-              CREDIT DT-
                                         REFUND STATUTE CONTROL DT-
                                         AMD CLMS DT-

     290 06021980           0.00   198021 38354-535-90001-0
                                         HC1 ARC                  INTD         PC
                                         CORRESPONDDT-              CREDIT DT-
                                         REFUND STATUTE CONTROL DT-
                                         AMD CLMS DT-

     930R05091980---------------   198021 17978-534-00003-0

     770 05121980  1,781,614.32-   198024 38345-133-20300-0
                                         TAX MOTIVATED AMT-                 0.00
                                         TAX MOTIVATED INT-                 0.00
                                            INTEREST TO DT-              MSR-
                                           COMPUTE INT AMT-            0.00

     840 05121980 48,098,520.78    198024 38345-133-20300-0
                                         RFND INT-  1,781,614.32-   CK#

     295 07281980     22,291.00-   198029 93354-585-90004-0
                                         HC1 ARC                  INTD08011979 PC
                                         CORRESPONDDT-              CREDIT DT-
                                         REFUND STATUTE CONTROL DT-
                                         AMD CLMS DT-

     290 07281980           0.00   198029 93354-585-90004-0
                                         HC1 ARC                  INTD         PC
                                         CORRESPONDDT-              CREDIT DT-
                                         REFUND STATUTE CONTROL DT-
                                         AMD CLMS DT-

     770 07081980      1,832.44-   198029 93345-590-20000-0
                                         TAX MOTIVATED AMT-                 0.00
                                         TAX MOTIVATED INT-                 0.00
                                            INTEREST TO DT-              MSR-
                                           COMPUTE INT AMT-            0.00

     840 07081980     24,123.44    198029 93345-590-20000-0
                                         RFND INT-      1,832.44-   CK#
```

****************************CONTINUED ON NEXT PAGE****************************

00587

AGE NO-0521 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

**********************************************************************************

```
560R10141977---------------  198031 38377-203-00000-0
                                    ASED-06301981     CYCLES-

560R03311981---------------  198114 38377-090-77500-1
                                    ASED-12311981     CYCLES-

295 05041981    341,336.05-  198116 17354-505-90010-1
                                    HC1 ARC                INTD01011981 PC
                                    CORRESPONDDT-            CREDIT DT-
                                    REFUND STATUTE CONTROL DT-
                                    AMD CLMS DT-

290 05041981           0.00  198116 17354-505-90010-1
                                    HC1 ARC                INTD            PC
                                    CORRESPONDDT-            CREDIT DT-
                                    REFUND STATUTE CONTROL DT-
                                    AMD CLMS DT-

770 04151981     11,670.89-  198118 38345-105-20102-1
                                    TAX MOTIVATED AMT-                0.00
                                    TAX MOTIVATED INT-                0.00
                                       INTEREST TO DT-             MSR-
                                      COMPUTE INT AMT-          0.00

840 04151981    353,006.94   198118 38345-105-20102-1
                                    RFND INT-      11,670.89-   CK#

770 05041981        908.74-  198119 38345-524-20004-1
                                    TAX MOTIVATED AMT-                0.00
                                    TAX MOTIVATED INT-                0.00
                                       INTEREST TO DT-             MSR-
                                      COMPUTE INT AMT-          0.00

840 05041981     23,199.74   198119 38345-524-20004-1
                                    RFND INT-         908.74-   CK#

295 06081981     22,291.00-  198121 17354-524-90000-1
                                    HC1 ARC                INTD01011981 PC1
                                    CORRESPONDDT-            CREDIT DT-
                                    REFUND STATUTE CONTROL DT-
                                    AMD CLMS DT-

290 06081981           0.00  198121 17354-524-90000-1
                                    HC1 ARC                INTD            PC1
                                    CORRESPONDDT-            CREDIT DT-
                                    REFUND STATUTE CONTROL DT-
                                    AMD CLMS DT-
```

****************************CONTINUED ON NEXT PAGE*****************************

000588

```
PAGE NO-0522  TAX PERIOD 02 197612*CONTINUED

                    *BMF MCC TRANSCRIPT-COMPLETE*          EMP NO 02-155-33801
                                                               DIANE'S DESK
 ACCOUNT NO 38-0549190                   09-09-2003
 NAME CONT- FORD                        CYCLE-200337
********************************************************************************

     560R07201981---------------  198130 38377-201-77500-1
                                        ASED-06301982     CYCLES-

     160 10261981           0.00  198141 38347-268-10001-1
                                        PRC-

     300 10261981           0.00  198141 38347-268-10001-1
                                        HC2 DC07 870D          ASED06301982
                                                                        PC  A0143
                                        CLAIM REJECT DT-

     560 08051982---------------  198233 38377-217-77500-2
                                        ASED-06301983     CYCLES-

     295 10111982  3,635,790.95-  198239 17354-659-90195-2
                                        HC1 ARC               INTD01011982 PC
                                        CORRESPONDDT-          CREDIT DT-
                                        REFUND STATUTE CONTROL DT-
                                        AMD CLMS DT-

     160 10111982           0.00  198239 17354-659-90195-2
                                        PRC-

     290 10111982           0.00  198239 17354-659-90195-2
                                        HC1 ARC               INTD          PC
                                        CORRESPONDDT-          CREDIT DT-
                                        REFUND STATUTE CONTROL DT-
                                        AMD CLMS DT-

     570 01011982---------------  198239 38324-659-00100-2
                                        COLCLOS-         CYCLES-

     820R01011982     200,000.00  198239 38324-659-00100-2

                                        XREF-38-0549190   01 198109
                                        INTEREST TO DATE-


     820 01011982     229,070.14  198239 38324-659-00101-2

                                        XREF-38-0549190   01 198203
                                        INTEREST TO DATE-


     820 01011982      28,874.35  198239 38324-659-00102-2
```

****************************CONTINUED ON NEXT PAGE****************************

**********************************************************************************

XREF-38-0549190 01 198112
INTEREST TO DATE-

160 10251982 0.00 198241 17347-270-10000-2
PRC-

300 10251982 0.00 198241 17347-270-10000-2
HC2 DC07 870D ASED06301983
PC A0143
CLAIM REJECT DT-

770 09141982 424,873.72- 198241 38345-257-20001-2
TAX MOTIVATED AMT- 0.00
TAX MOTIVATED INT- 0.00
INTEREST TO DT- MSR-
COMPUTE INT AMT- 0.00

840 09141982 3,602,720.18 198241 38345-257-20001-2
RFND INT- 424,873.72- CK#

960R05231983--------------- 198322 17977-543-68373-3
MF CAF CODE-

570 01011982--------------- 198326 38324-572-00300-3
COLCLOS- CYCLES-

822 01011982 200,000.00- 198326 38324-572-00300-3

XREF-38-0549190 01 198109
INTEREST TO DATE-

770 07121983 59,284.86- 198329 38345-593-20001-3
TAX MOTIVATED AMT- 0.00
TAX MOTIVATED INT- 0.00
INTEREST TO DT- MSR-
COMPUTE INT AMT- 0.00

840 07121983 259,284.86 198329 38345-593-20001-3
RFND INT- 59,284.86- CK#

290 10101983 0.00 198339 29354-658-98001-3
HC3 ARC INTD PC
CORRESPONDDT- CREDIT DT-
REFUND STATUTE CONTROL DT-
AMD CLMS DT-

****************************CONTINUED ON NEXT PAGE****************************

000590

PAGE NO-0524 TAX PERIOD 02 197612*CONTINUED

```
                    *BMF MCC TRANSCRIPT-COMPLETE*          EMP NO 02-155-33801
                                                                  DIANE'S DESK
 ACCOUNT NO 38-0549190                09-09-2003
 NAME CONT- FORD                     CYCLE-200337
********************************************************************************

     421 04111984---------------  198417 17977-503-00312-4
                                        DISP CD-    SOURCE-

     424R03221984---------------  198418 38377-082-20000-4
                                        SOURCE-     ORG-       PROJ-      RET REQ-1
                                        PTR DO-

     570 12211984---------------  198505 17317-359-67500-4
                                        COLCLOS-         CYCLES-

     640 12211984 14,250,000.00-  198505 17317-359-67500-4
                                        PRC-
                                        DESG PAY CD-

     300 09171985  7,096,852.00   198541 38351-260-13002-5
                                        HC  DC   870D08221985 ASED
                                                                        PC  AO
                                        CLAIM REJECT DT-

     340 09171985  8,625,178.04   198541 38351-260-13002-5
                                        TAX MOTIVATED AMT-                0.00
                                        TAX MOTIVATED INT-                0.00
                                           INTEREST TO DT-              MSR-
                                          COMPUTE INT AMT-            0.00

     370 09171985          0.00   198541 38351-260-13002-5

     670 09271985    100,011.71-  198541 38318-673-00006-5
                                        PRC-
                                        DESG PAY CD-

     670 10081985      4,000.00-  198542 38318-682-00002-5
                                        PRC-
                                        DESG PAY CD-

     341 11181985  1,368,018.33-  198545 17354-703-15054-5
                                        TAX MOTIVATED AMT-                0.00
                                        TAX MOTIVATED INT-                0.00
                                           INTEREST TO DT-              MSR-
                                          COMPUTE INT AMT-            0.00

     290 11181985          0.00   198545 17354-703-15054-5
                                        HC  ARC               INTD          PC
                                        CORRESPONDDT-          CREDIT DT-
                                        REFUND STATUTE CONTROL DT-
                                        AMD CLMS DT-
```

****************************CONTINUED ON NEXT PAGE****************************

)00591

PAGE NO-0525 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

```
*****************************************************************************************

421 12041986---------------  198651 38977-738-01219-6
                                    DISP CD-   SOURCE-

424R12041986---------------  198652 38377-338-20000-6
                                    SOURCE-    ORG-       PROJ-      RET REQ-1
                                    PTR DO-

420R12301986---------------  198703 38977-364-00000-6
                                    AIMS #

299 12211987 13,462,867.00-  198749 17354-736-90054-7
                                    HC  ARC                INTD01011981 PC2
                                    CORRESPONDDT-           CREDIT DT-06301987
                                    REFUND STATUTE CONTROL DT-
                                    AMD CLMS DT-

160 12211987          0.00   198749 17354-736-90054-7
                                    PRC-

340 12211987          0.00   198749 17354-736-90054-7
                                    TAX MOTIVATED AMT-                0.00
                                    TAX MOTIVATED INT-                0.00
                                       INTEREST TO DT-              MSR-
                                      COMPUTE INT AMT-            0.00

290 12211987          0.00   198749 17354-736-90054-7
                                    HC  ARC                INTD            PC2
                                    CORRESPONDDT-           CREDIT DT-
                                    REFUND STATUTE CONTROL DT-
                                    AMD CLMS DT-

299 01041988    524,206.00-  198751 17354-744-90037-7
                                    HC  ARC                INTD01011982 PC2
                                    CORRESPONDDT-           CREDIT DT-06301987
                                    REFUND STATUTE CONTROL DT-
                                    AMD CLMS DT-

160 01041988          0.00   198751 17354-744-90037-7
                                    PRC-

340 01041988          0.00   198751 17354-744-90037-7
                                    TAX MOTIVATED AMT-                0.00
                                    TAX MOTIVATED INT-                0.00
                                       INTEREST TO DT-              MSR-
                                      COMPUTE INT AMT-            0.00

290 01041988          0.00   198751 17354-744-90037-7
```

****************************CONTINUED ON NEXT PAGE****************************

000592

PAGE NO-0526 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

*****************************************************************************
HC ARC INTD PC2
CORRESPONDDT- CREDIT DT-
REFUND STATUTE CONTROL DT-
AMD CLMS DT-

770 12021987 17,265,998.60- 198751 38345-336-20000-7
TAX MOTIVATED AMT- 0.00
TAX MOTIVATED INT- 0.00
INTEREST TO DT- MSR-
COMPUTE INT AMT- 0.00

840 12021987 31,253,071.60 198751 38345-336-20000-7
RFND INT- 17,265,998.60- CK#

961 01181988--------------- 198801 17977-543-68373-3
MF CAF CODE-

341 02011988 1,729,361.54- 198803 17347-764-78000-7
TAX MOTIVATED AMT- 0.00
TAX MOTIVATED INT- 0.00
INTEREST TO DT- MSR-
COMPUTE INT AMT- 0.00

301 02011988 1,528,252.00- 198803 17347-764-78000-7
HC1 DC 870D ASED
PC AO

770 01081988 1,138,230.86- 198805 38345-008-20000-8
TAX MOTIVATED AMT- 0.00
TAX MOTIVATED INT- 0.00
INTEREST TO DT- MSR-
COMPUTE INT AMT- 0.00

840R01081988 4,395,844.40 198805 38345-008-20000-8
RFND INT- 1,138,230.86- CK#

777 01081988 1,138,230.86 199051 38345-335-88800-0
PRC-

841 01081988 4,395,844.40- 199051 38345-335-88800-0
RFND INT- 1,138,230.86 CK#

772 02181991 1,138,230.86 199106 17354-429-15052-1
TAX MOTIVATED AMT- 0.00
TAX MOTIVATED INT- 0.00
INTEREST TO DT- MSR-
COMPUTE INT AMT- 0.00

****************************CONTINUED ON NEXT PAGE****************************

100593

PAGE NO-0527 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

*******************************************************************************

```
290 02181991            0.00    199106 17354-429-15052-1
                                       HC  ARC                INTD          PC2
                                       CORRESPONDDT-            CREDIT DT-
                                       REFUND STATUTE CONTROL DT-
                                       AMD CLMS DT-

300 01281991  1,528,252.00    199110 38351-028-13001-1
                                       HC  DC    870D           ASED
                                                                          PC  AO
                                       CLAIM REJECT DT-

340 01281991  1,729,361.54    199110 38351-028-13001-1
                                       TAX MOTIVATED AMT-                 0.00
                                       TAX MOTIVATED INT-                 0.00
                                          INTEREST TO DT-               MSR-
                                         COMPUTE INT AMT-             0.00

370 01281991            0.00    199110 38351-028-13001-1

770 04081991  1,138,230.86-   199113 17354-478-15054-1
                                       TAX MOTIVATED AMT-                 0.00
                                       TAX MOTIVATED INT-                 0.00
                                          INTEREST TO DT-               MSR-
                                         COMPUTE INT AMT-             0.00

290 04081991            0.00    199113 17354-478-15054-1
                                       HC2 ARC                INTD          PC2
                                       CORRESPONDDT-            CREDIT DT-
                                       REFUND STATUTE CONTROL DT-
                                       AMD CLMS DT-

770 04291991  5,339,264.28-   199116 17347-498-70006-1
                                       TAX MOTIVATED AMT-                 0.00
                                       TAX MOTIVATED INT-                 0.00
                                          INTEREST TO DT-               MSR-
                                         COMPUTE INT AMT-             0.00

300 04291991            0.00    199116 17347-498-70006-1
                                       HC2 DC03 870D            ASED
                                                                          PC   A0143
                                       CLAIM REJECT DT-

421 04291991---------------   199116 17347-498-70006-1
                                       DISP CD-    SOURCE-

570 01011982---------------   199120 17324-527-00009-1
                                       COLCLOS-         CYCLES-
```

***************************CONTINUED ON NEXT PAGE***************************

000594

PAGE NO-0528 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

*******************************************************************************

```
850 01011982  1,917,986.06   199120 17324-527-00009-1

                                    XREF-38-0549190   02 197712
                                    INTEREST TO DATE-


300 04051991  2,876,699.00   199121 38351-095-13001-1
                                    HC  DC   870D02131991 ASED
                                                                 PC  AO
                                    CLAIM REJECT DT-

340 04051991    544,609.22   199121 38351-095-13001-1
                                    TAX MOTIVATED AMT-               0.00
                                    TAX MOTIVATED INT-               0.00
                                       INTEREST TO DT-             MSR-
                                     COMPUTE INT AMT-            0.00

370 04051991          0.00   199121 38351-095-13001-1

706 08311990         30.00-  199123 17347-498-70006-1

                                    XREF-             60 199007
                                    INTEREST TO DATE-


772 10211991  5,339,264.28   199141 17354-675-15045-1
                                    TAX MOTIVATED AMT-               0.00
                                    TAX MOTIVATED INT-               0.00
                                       INTEREST TO DT-             MSR-
                                     COMPUTE INT AMT-            0.00

290 10211991          0.00   199141 17354-675-15045-1
                                    HC2 ARC             INTD            PC2
                                    CORRESPONDDT-        CREDIT DT-
                                    REFUND STATUTE CONTROL DT-
                                    AMD CLMS DT-

706 03151991        654.23-  199141 17347-498-70006-1

                                    XREF-             01 198612
                                    INTEREST TO DATE-


706 03151991        125.47-  199141 17347-498-70006-1
```

****************************CONTINUED ON NEXT PAGE****************************

```
000595

PAGE NO-0529  TAX PERIOD 02 197612*CONTINUED

                     *BMF MCC TRANSCRIPT-COMPLETE*              EMP NO 02-155-33801
                                                                    DIANE'S DESK
 ACCOUNT NO 38-0549190                  09-09-2003
 NAME CONT- FORD                       CYCLE-200337
********************************************************************************

                                            XREF-                  13 198912
                                            INTEREST TO DATE-


     770 11041991     778,680.69-   199143 17354-684-15047-1
                                            TAX MOTIVATED AMT-                 0.00
                                            TAX MOTIVATED INT-                 0.00
                                               INTEREST TO DT-               MSR-
                                              COMPUTE INT AMT-             0.00

     290 11041991           0.00    199143 17354-684-15047-1
                                            HC2 ARC                INTD            PC2
                                            CORRESPONDDT-            CREDIT DT-
                                            REFUND STATUTE CONTROL DT-
                                            AMD CLMS DT-

     570 03151981---------------    199143 17324-688-00242-1
                                            COLCLOS-        CYCLES-

     700 03151981   2,115,070.10-   199143 17324-688-00242-1

                                            XREF-38-0549190   02 197712
                                            INTEREST TO DATE-
                                            DESG PAY CD-

     730 01011982   1,917,986.06-   199143 17324-688-00243-1

                                            XREF-38-0549190   02 197712
                                            INTEREST TO DATE-


     341 11111991   3,277,965.97-   199144 17354-688-15064-1
                                            TAX MOTIVATED AMT-                 0.00
                                            TAX MOTIVATED INT-                 0.00
                                               INTEREST TO DT-               MSR-
                                              COMPUTE INT AMT-             0.00

     290 11111991           0.00    199144 17354-688-15064-1
                                            HC2 ARC                INTD            PC2
                                            CORRESPONDDT-            CREDIT DT-
                                            REFUND STATUTE CONTROL DT-
                                            AMD CLMS DT-

     570 12211984---------------    199144 17324-688-00020-1
                                            COLCLOS-        CYCLES-

     820 12211984   2,511,518.58    199144 17324-688-00020-1
```

****************************CONTINUED ON NEXT PAGE****************************

000596

PAGE NO-0530 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

****************************************************************************

XREF-38-0549190 02 197812
INTEREST TO DATE-

820 09271985 100,011.71 199144 17324-688-00021-1

XREF-38-0549190 02 197812
INTEREST TO DATE-

820 10081985 4,000.00 199144 17324-688-00016-1

XREF-38-0549190 02 197812
INTEREST TO DATE-

820 08311990 30.00 199144 17324-688-00106-1

XREF-38-0549190 60 199007
INTEREST TO DATE-

700 03151980 8,434.00- 199148 17324-724-00222-1

XREF-38-0549190 02 197912
INTEREST TO DATE-
DESG PAY CD-

820 12211984 143,312.25 199151 17324-739-00015-1

XREF-38-0549190 02 197812
INTEREST TO DATE-

820 03151991 779.70 199151 17324-739-00014-1

XREF-38-0549190 02 197812
INTEREST TO DATE-

424R12281995--------------- 199603 34377-362-20000-5
SOURCE- ORG- PROJ- RET REQ-1
PTR DO-

420R01191996--------------- 199605 34977-019-00000-6
AIMS #

****************************CONTINUED ON NEXT PAGE****************************

000597

PAGE NO-0531 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

****************************************************************************

```
341 06031996  4,414,336.00-  199621 17347-534-70004-6
                             TAX MOTIVATED AMT-            0.00
                             TAX MOTIVATED INT-            0.00
                               INTEREST TO DT-01011978   MSR-
                              COMPUTE INT AMT-          0.00

770 06031996 10,079,031.45-  199621 17347-534-70004-6
                             TAX MOTIVATED AMT-            0.00
                             TAX MOTIVATED INT-            0.00
                               INTEREST TO DT-12021987   MSR-
                              COMPUTE INT AMT-          0.00

301 06031996  5,052,403.00-  199621 17347-534-70004-6 X
                             HC2 DC03 870D          ASED06301996
                                                          PC  A0142

421 06031996---------------  199621 17347-534-70004-6 X
                             DISP CD-   SOURCE-

570 12021987---------------  199624 17324-557-00033-6
                             COLCLOS-        CYCLES-

820 12021987 12,429,592.85   199624 17324-557-00033-6

                             XREF-38-0549190   02 198412
                             INTEREST TO DATE-

820 12021987    132,857.97   199624 17324-557-00037-6

                             XREF-38-0549190   02 198212
                             INTEREST TO DATE-

820 12021987  6,983,319.63   199624 17324-557-00041-6

                             XREF-38-0549190   02 197112
                             INTEREST TO DATE-

960R12091996---------------  199651 17977-745-00508-6
                             MF CAF CODE-

961 01131997---------------  199701 17977-745-00508-6
                             MF CAF CODE-

960 01131997---------------  199701 17977-745-00508-6
```

****************************CONTINUED ON NEXT PAGE****************************

000598

PAGE NO-0532 TAX PERIOD 02 197612*CONTINUED

*BMF MCC TRANSCRIPT-COMPLETE* EMP NO 02-155-33801
DIANE'S DESK

ACCOUNT NO 38-0549190 09-09-2003
NAME CONT- FORD CYCLE-200337

****************************************************************************

MF CAF CODE-

424R07311997--------------- 199732 38377-212-20000-7
SOURCE-30 ORG-1104 PROJ-764 RET REQ-
PTR DO-

420 08061997--------------- 199733 29977-218-00000-7
AIMS #0000000030

971 12311999--------------- 200006 29977-434-01620-0
XREF- 971 CD-013
X-MFT-00 MEMO- FTD ALRT-0

976 12311999 0.00 200006 29977-434-01620-0 G
PRC-

932 02212000--------------- 200006 17978-534-00003-0

300 07292002 0.00 200229 29347-589-10000-2
HC2 DC07 870D ASED
PC4 A0143
CLAIM REJECT DT-

520 09242002--------------- 200240 17977-667-00030-2
COLCLOS-73 PROC- CLAIM- PYMT- AO
CSED EXTENSION- BLLC-

MF STAT-04 04251977 EXT DT-06151977 197715
MF STAT-04 07041977 EXT DT-09151977 197725
MF STAT-10 10171977 0.00 197740
MF STAT-21 05251981 22,291.00 198119
MF STAT-12 06081981 0.00 198121
MF STAT-21 09171985 7,096,852.00 198541
MF STAT-12 11181985 0.00 198545
MF STAT-21 01281991 1,528,252.00 199110
MF STAT-12 04081991 0.00 199113
MF STAT-21 04051991 2,876,699.00 199121
MF STAT-12 06171991 0.00 199123
MF STAT-21 10211991 5,338,484.58 199141
MF STAT-12 11111991 135,657.95- 199144

*************************
* TAX PERIOD 02 197712 * REASON CD- MOD EXT CYC-
*************************

****************************CONTINUED ON NEXT PAGE****************************