**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| **Plaintiff,** | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully moves the court for an enlargement of time of 45 days, from September 6, 2005, to and including October 21, 2005, withing which to respond to plaintiff's motion for summary judgment. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states that since receipt of plaintiff's motion, defendant's attorneys have requested the advice and recommendation of the Chief Counsel, Internal Revenue Service, and have requested the preparation of computations (and analysis of plaintiff's computations) both by the Internal Revenue Service and by the Tax Division's Recomputation Specialist. While some of their work has been completed, most of it has not, in part because of the absence of key individuals on summer vacation. In addition, our attorney's ability to work on our response has been hampered, in part, by the unexpected necessity that he devote a considerable amount of time to five related cases: *Northern Riverview, Inc. v. United States*, Fed. Cl. No. 05-681 T; *Northern Metropolitan, Inc. v. United States*, Fed. Cl. No. 05-682

T; *Northern Manor Multicare, Inc., v. United States*, Fed. Cl. No. 05-683 T; *Fountainview at College Road, Inc. v. United States*, Fed. Cl. No. 05-684 T; and *Northern Service Group, Inc. v. United States*, Fed. Cl. No. 05-802 T. This work included an appearance before Judge Hodges on Thursday, August 25. In addition, our attorney has been called upon to provide his analysis and recommendation respecting the Government's response to the August 10, 2005, decision of the Federal Circuit in *Pacific Gas and Electric Co. v. United States*, No. 03-5173.

The time requested herein is necessary to permit the Chief Counsel to provide us with their advice, and for our attorney to draft an appropriate response to plaintiff's motion.

We are authorized to state that plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted.

s/ W. C. Rapp
W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
MILDRED L. SEIDMAN
*Chief, Counsel of Federal Claims Section*

September 6, 2005

s/ Mildred L. Seidman
Of Counsel



1049097.11