**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully moves the court for an enlargement of time of 45 days, from October 21, 2005, to and including December 5, 2005, withing which to respond to plaintiff's motion for summary judgment. This is the second enlargement requested for this purpose, the first having been granted for a period of 45 days.

As good cause therefor, defendant states that since receipt of plaintiff's motion, defendant's attorneys have requested the advice and recommendation of the Chief Counsel, Internal Revenue Service, and have requested the preparation of computations (and analysis of plaintiff's computations) both by the Internal Revenue Service and by the Tax Division's Recomputation Specialist. In the last 45 days, defendant's trial attorney has conferred several times with the Recomputation Specialist, as well as with the technical and legal personnel at the Internal Revenue Service and the Office of Chief Counsel who are responsible for this case. We have in the last 10 days received from the Internal Revenue Service certain materials believed by the Recomputation Specialist to be necessary to proper review of plaintiff's pending motion.

The Service and Chief Counsel personnel involved in this case are aware that their work should not be subject to any unnecessary delays.

The time requested herein is necessary to permit the Chief Counsel to provide us with their advice, and for our attorney to draft an appropriate response to plaintiff's motion.

We are authorized to state that plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted.

s/ W. C. Rapp

W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
MILDRED L. SEIDMAN
*Chief, Counsel of Federal Claims Section*

October 19, 2005

s/ Mildred L. Seidman
Of Counsel