# In The United States Court of Federal Claims

No. 02-483T

(Filed: November 21, 2005)

FORD MOTOR COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 4, 2005, plaintiff filed a motion for summary judgment, a response to which was due on September 6, 2005. On September 6, 2005, defendant filed an unopposed motion for an enlargement of time until October 21, 2005, to respond to plaintiff's motion for summary judgment. This extension was requested to allow time for the preparation of computations by both the IRS and the Tax Division's recomputation specialist. The court granted this motion on September 7, 2005.

On October 19, 2005, defendant filed a second motion for an enlargement of time until December 5, 2005, which plaintiff did not oppose. This extension was requested in order to "permit the Chief Counsel to provide us with their advice, and for our attorney to draft an appropriate response to plaintiff's motion," and to allow the Tax Division's recomputation specialist to complete his review. The court granted this motion on October 20, 2005, but indicated that no further enlargements would be granted.

On November 18, 2005, defendant filed a third motion for an enlargement of time until February 3, 2006, which plaintiff does not oppose. This will add an additional 60 days to the previously granted enlargement of 90 days. This extension was requested in order to "seek authority to partially resolve the legal issue . . . through administrative action."

Defendant's motion is hereby **GRANTED,** in part, and **DENIED,** in part. On or before January 5, 2006, defendant shall file its response to plaintiff's motion for summary judgment. If any further enlargement is requested, defendant shall file a detailed motion describing:

(i) The status of the review required by the Office of Review, the Chief Counsel, and the Assistant Attorney General for approval of the administrative action sought; and

(ii) The status of the computations in question.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge