# In The United States Court of Federal Claims

No. 02-483T

(Filed: January 6, 2006)

FORD MOTOR COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 5, 2006, defendant filed a fourth motion for an enlargement of time to respond to the pending motion for summary judgment in this case, to and including March 6, 2006. Plaintiff does not oppose this motion. The response was originally due September 6, 2005. Granting the pending motion will add an additional 60 days to the previously granted enlargements totaling 120 days. This most recent extension was requested in order to "continue the process of seeking authorization to take those legal positions in this case that our trial attorney has recommended." The motion also indicates that "all computations that have been requested . . . have been completed."

Defendant's motion is hereby **GRANTED**. On or before March 6, 2006, defendant shall file its response to plaintiff's motion for summary judgment. Under no circumstances will any further enlargements of this deadline be granted – the brief shall be filed by the extended date unless, prior to that date, defendant files a status report indicating that a settlement has been approved, or at least is on the verge of being approved, by the appropriate officials of the Department of Justice. Should the court receive such a status report, it will stay the filing of a response pending finalization of the settlement. Otherwise, active litigation will proceed without further delay.

**IT IS SO ORDERED.**

s/ Francis M. Allegra

Francis M. Allegra

Judge