**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**CROSS-MOTION OF THE UNITED STATES FOR SUMMARY JUDGMENT**

---

Defendant, the United States, pursuant to Rule 56(b) of the Rules of the United States Court of Federal Claims, moves the Court for a summary judgment in its favor, and for dismissal of the Complaint with prejudice. As good cause therefor, defendant states that no genuine issue exists as to any material fact and that defendant is entitled to judgment as a matter of law. In support of this motion, defendant relies upon plaintiff's proposed findings of uncontroverted fact, defendant's proposed findings of uncontroverted fact, filed herewith, and the accompanying brief. The United States requests oral argument on this motion.

WHEREFORE, defendant prays its cross-motion for summary judgment be granted, plaintiff's motion for summary judgment be denied, and the Complaint be dismissed, with prejudice, with all allowable costs assessed against plaintiff.

Respectfully submitted.

s/ W. C. Rapp
W.C. RAPP
Attorney of Record
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, DC 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
ROBERT C. MARKHAM
*Senior Attorney, Office of Review*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

March 6, 2006

s/ Steven I. Frahm
Of Counsel