**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 02-483 T** |
| | ) | **The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**EXHIBIT A**
**TO THE DECLARATION OF MICHELINE M. MARITZ**
**IN SUPPORT OF DEFENDANT'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Co.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 09-14-77 | 5,226,072.00 | 5,226,072.00 |
| C/B from 7712 | 01-01-78 | <56,052,416> | <50,716,847> |
| Interest Computation Date | 01-01-78 | | <50,716,847> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 09-14-77 | | 5,226,072.00 | | 5,226,072.00 |
| Interest | 01-01-78 | 7.00 | 5,226,072.00 | 109,496.95 | 5,335,568.95 |
| C/B from 7712 | 01-01-78 | | <56,052,416> | | 0.00 |

Summary as of 01-01-78

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 5,226,072.00 | <55,942,919> | 0.00 | <50,716,847> |
| Interest | 109,496.95 | <109,496.95> | 0.00 | 0.00 |
| Totals | 5,335,568.95 | <56,052,416> | 0.00 | <50,716,847> |

Prepared using: FEDERAL IRS interest rates
Table end date: 03-31-06 TVS Table

"Maritz declaration Exhibit A"

INTEREST AND PENALTY DETAIL REPORT — TaxInterest Version 2006.1
Taxpayer name...: Ford Motor Corp. — 03-03-06
Taxpayer ID#....: yr 12/31/76 — Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| C/B from 7712 | 01-01-78 | <50,716,847> | <50,716,847> |
| 7907 C/B | 08-01-79 | <22,291.00> | <55,603,786> |
| 7912 C/B recapture | 01-01-80 | 42,813,374.00 | |
| 7912 C/B | 01-01-80 | <46,316,906> | <60,375,797> |
| applied from 7912 | 03-15-80 | <8,434.00> | <61,436,390> |
| IRS Check (-High Rate46,316,906.46) | 05-12-80 | 48,098,520.78 | <14,372,356> |
| IRS Check (-High Rate 22,291.00) | 07-08-80 | 24,123.44 | <14,463,531> |
| 8012 C/B recapture | 01-01-81 | 363,627.00 | |
| 8012 C/B reversed | 01-01-81 | 13,462,867.00 | |
| 8012 C/B | 01-01-81 | <22,291.00> | |
| 8012 C/B | 01-01-81 | <341,336.05> | |
| 8012 C/B- 1120X | 01-01-81 | <13,462,867> | <14,820,157> |
| applied from 7712 | 03-15-81 | <2,115,070.10> | <17,082,310> |
| IRS Check (-High Rate 341,336.05) | 04-15-81 | 353,006.94 | <16,813,319> |
| IRS Check (-High Rate 22,291.00) | 05-04-81 | 23,199.74 | <16,839,408> |
| transfer to 8112 | 01-01-82 | 28,874.35 | |
| transfer to 8203 | 01-01-82 | 229,070.14 | |
| int. transfer - 7712 | 01-01-82 | 1,917,986.06 | |
| 8112 C/B recapture | 01-01-82 | 3,635,791.00 | |
| 8112 C/B- 1120X | 01-01-82 | <524,206.00> | |
| int. applied - 7712 | 01-01-82 | <1,917,986.06> | |
| 8112 C/B | 01-01-82 | <3,635,790.95> | |
| 8112 C/B | 01-01-82 | <4,528,197.00> | <22,259,804> |
| IRS Check (-High Rate 3,177,846.46) | 09-14-82 | 3,602,720.18 | <20,349,947> |
| IRS Check (-High Rate 259,284.86) | 07-12-83 | 259,284.86 | <22,432,936> |
| transfer to 7812 | 12-21-84 | 143,312.25 | |
| transfer to 7812 | 12-21-84 | 2,511,518.58 | |
| Payment | 12-21-84 | <14,250,000> | <37,889,057> |
| transfer to 8212 | 12-02-87 | 132,857.97 | |
| transfer to 7112 | 12-02-87 | 6,983,319.63 | |
| transfer to 8412 | 12-02-87 | 12,429,592.85 | |
| IRS Check (-High Rate31,253,071.60) | 12-02-87 | 31,253,071.60 | 15.05 |
| Interest Computation Date | 12-02-87 | | 15.05 |

(1) Balance includes any interest and penalties accrued as of the Event Date

"Maritz declaration Exhibit A"

INTEREST AND PENALTY DETAIL REPORT — TaxInterest Version 2006.1
Taxpayer name...: Ford Motor Corp. — 03-03-06
Taxpayer ID#....: yr 12/31/76 — 

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| C/B from 7712 | 01-01-78 | | <50,716,847> | | <50,716,847> |
| Interest | 01-31-78 | 7.00 | <50,716,847> | <291,795.56> | <51,008,642> |
| Interest | 08-01-79 | 6.00 | <50,716,847> | <4,572,853.25> | <55,581,495> |
| 7907 C/B | 08-01-79 | | <22,291.00> | | 0.00 |
| Interest | 01-01-80 | 6.00 | <50,739,138> | <1,268,478.45> | <56,872,265> |
| 7912 C/B recapture | 01-01-80 | | 42,813,374.00 | | 0.00 |
| 7912 C/B | 01-01-80 | | <46,316,906> | | 0.00 |
| Interest | 01-31-80 | 6.00 | <54,242,670> | <267,498.10> | <60,643,295> |
| Interest | 03-15-80 | 12.00 | <54,242,670> | <784,661.10> | <61,427,956> |
| applied from 7912 | 03-15-80 | | <8,434.00> | | 0.00 |
| Interest | 05-12-80 | 12.00 | <54,251,104> | <1,034,486.81> | <62,470,877> |
| IRS Check | 05-12-80 | | 48,098,520.78 | | 0.00 |
| Interest | 07-08-80 | 12.00 | <6,152,583.72> | <115,297.73> | <14,487,654> |
| IRS Check | 07-08-80 | | 24,123.44 | | 0.00 |
| Interest | 01-01-81 | 12.00 | <6,128,460.28> | <356,626.02> | <14,820,157> |
| 8012 C/B recapture | 01-01-81 | | 363,627.00 | | 0.00 |
| 8012 C/B reversed | 01-01-81 | | 13,462,867.00 | | 0.00 |
| 8012 C/B | 01-01-81 | | <22,291.00> | | 0.00 |
| 8012 C/B | 01-01-81 | | <341,336.05> | | 0.00 |
| 8012 C/B- 1120X | 01-01-81 | | <13,462,867> | | 0.00 |
| Interest | 03-15-81 | 12.00 | <6,128,460.33> | <147,083.05> | <14,967,240> |
| applied from 7712 | 03-15-81 | | <2,115,070.10> | | 0.00 |
| Interest | 04-15-81 | 12.00 | <8,243,530.43> | <84,016.26> | <17,166,326> |
| IRS Check | 04-15-81 | | 353,006.94 | | 0.00 |
| Interest | 05-04-81 | 12.00 | <7,890,523.49> | <49,288.75> | <16,862,608> |
| IRS Check | 05-04-81 | | 23,199.74 | | 0.00 |
| Interest | 01-01-82 | 12.00 | <7,867,323.75> | <625,937.21> | <17,465,346> |
| transfer to 8112 | 01-01-82 | | 28,874.35 | | 0.00 |
| transfer to 8203 | 01-01-82 | | 229,070.14 | | 0.00 |
| int. transfer - 7712 | 01-01-82 | | 1,917,986.06 | | 0.00 |
| 8112 C/B recapture | 01-01-82 | | 3,635,791.00 | | 0.00 |
| 8112 C/B- 1120X | 01-01-82 | | <524,206.00> | | 0.00 |
| int. applied - 7712 | 01-01-82 | | <1,917,986.06> | | 0.00 |
| 8112 C/B | 01-01-82 | | <3,635,790.95> | | 0.00 |
| 8112 C/B | 01-01-82 | | <4,528,197.00> | | 0.00 |
| Interest | 01-31-82 | 12.00 | <12,661,782> | <124,883.33> | <22,384,687> |
| Interest | 09-14-82 | 20.00 | <12,661,782> | <1,567,979.61> | <23,952,667> |
| IRS Check | 09-14-82 | | 3,602,720.18 | | 0.00 |
| Interest | 12-31-82 | 20.00 | <9,059,062.03> | <536,097.92> | <20,886,045> |
| Interest | 06-30-83 | 16.00 | <20,886,045> | <1,724,272.17> | <22,610,317> |
| Interest | 07-12-83 | 11.00 | <22,610,317> | <81,904.49> | <22,692,221> |
| IRS Check | 07-12-83 | | 259,284.86 | | <22,432,936> |
| Interest | 12-31-83 | 11.00 | <22,432,936> | <1,193,306.05> | <23,626,243> |

"Maritz declaration Exhibit A"

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2006.1
Taxpayer name...: Ford Motor Corp. 03-03-06
Taxpayer ID#....: yr 12/31/76 Page 3

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Interest | 06-30-84 | 11.00 | <23,626,243> | <1,328,136.08> | <24,954,379> |
| Interest | 12-21-84 | 11.00 | <24,954,379> | <1,339,509.69> | <26,293,888> |
| transfer to 7812 | 12-21-84 | | 143,312.25 | | <26,150,576> |
| transfer to 7812 | 12-21-84 | | 2,511,518.58 | | <23,639,057> |
| Payment | 12-21-84 | | <14,250,000> | | <37,889,057> |
| Interest | 12-31-84 | 11.00 | <37,889,057> | <114,028.35> | <38,003,086> |
| Interest | 06-30-85 | 13.00 | <38,003,086> | <2,530,124.22> | <40,533,210> |
| Interest | 12-31-85 | 11.00 | <40,533,210> | <2,310,778.33> | <42,843,988> |
| Interest | 06-30-86 | 10.00 | <42,843,988> | <2,177,846.45> | <45,021,835> |
| Interest | 12-31-86 | 9.00 | <45,021,835> | <2,089,416.84> | <47,111,252> |
| Interest | 03-31-87 | 8.00 | <47,111,252> | <938,440.44> | <48,049,692> |
| Interest | 06-30-87 | 8.00 | <48,049,692> | <967,875.08> | <49,017,567> |
| Interest | 09-30-87 | 8.00 | <49,017,567> | <998,331.18> | <50,015,898> |
| Interest | 12-02-87 | 9.00 | <50,015,898> | <782,928.14> | <50,798,827> |
| transfer to 8212 | 12-02-87 | | 132,857.97 | | <50,665,969> |
| transfer to 7112 | 12-02-87 | | 6,983,319.63 | | <43,682,649> |
| transfer to 8412 | 12-02-87 | | 12,429,592.85 | | <31,253,056> |
| IRS Check | 12-02-87 | | 31,253,071.60 | | 15.05 |

Summary as of 12-02-87

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax or IRS Check | 168,266,118 | <137,862,222> | 0.00 | 30,403,895.71 |
| GATT rate interest | <30,403,880> | 0.00 | 0.00 | <30,403,880> |
| Totals | 137,862,237 | <137,862,222> | 0.00 | 15.05 |

Prepared using: FEDERAL IRS interest rates
Table end date: 03-31-06 TVS Table

"Maritz declaration Exhibit A"