IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FORD MOTOR COMPANY AND AFFILIATES,
Plaintiffs,
v.
THE UNITED STATES,
Defendant.

No. 02-483 T
The Honorable Francis M. Allegra

EXHIBIT B
TO THE DECLARATION OF MICHELINE M. MARITZ
IN SUPPORT OF DEFENDANT'S
CROSS-MOTION FOR SUMMARY JUDGMENT

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Corp.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| applied from 7712 | 03-15-81 | <2,115,070.10> | <2,115,070.10> |
| 8112 C/B- 1120X | 01-01-82 | <892,376.00> | <3,210,492.83> |
| Payment | 12-31-82 | <1,130,831.84> | <4,921,390.98> |
| transfer to 7812 | 12-21-84 | 143,312.25 | |
| transfer to 7812 | 12-21-84 | 2,511,518.58 | |
| Payment | 12-21-84 | <14,250,000> | <17,862,424> |
| transfer to 8212 | 12-02-87 | 132,857.97 | |
| transfer to 7112 | 12-02-87 | 6,983,319.63 | |
| transfer to 8412 | 12-02-87 | 12,429,592.85 | <4,402,837.42> |
| | | | |
| Interest Computation Date | 12-02-87 | | <4,402,837.42> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| applied from 7712 | 03-15-81 | | <2,115,070.10> | | <2,115,070.10> |
| Interest | 01-01-82 | 12.00 | <2,115,070.10> | <203,046.73> | <2,318,116.83> |
| 8112 C/B- 1120X | 01-01-82 | | <892,376.00> | | 0.00 |
| Interest | 01-31-82 | 12.00 | <3,007,446.10> | <29,662.48> | <3,240,155.31> |
| Interest | 12-31-82 | 20.00 | <3,007,446.10> | <550,403.83> | <3,790,559.14> |
| Payment | 12-31-82 | | <1,130,831.84> | | 0.00 |
| Interest | 06-30-83 | 16.00 | <4,921,390.98> | <406,291.25> | <5,327,682.23> |
| Interest | 12-31-83 | 11.00 | <5,327,682.23> | <303,728.53> | <5,631,410.76> |
| Interest | 06-30-84 | 11.00 | <5,631,410.76> | <316,566.62> | <5,947,977.38> |
| Interest | 12-21-84 | 11.00 | <5,947,977.38> | <319,277.56> | <6,267,254.94> |
| transfer to 7812 | 12-21-84 | | 143,312.25 | | <6,123,942.69> |
| transfer to 7812 | 12-21-84 | | 2,511,518.58 | | <3,612,424.11> |
| Payment | 12-21-84 | | <14,250,000> | | <17,862,424> |
| Interest | 12-31-84 | 11.00 | <17,862,424> | <53,757.55> | <17,916,181> |
| Interest | 06-30-85 | 13.00 | <17,916,181> | <1,192,802.20> | <19,108,983> |
| Interest | 12-31-85 | 11.00 | <19,108,983> | <1,089,393.74> | <20,198,377> |
| Interest | 06-30-86 | 10.00 | <20,198,377> | <1,026,724.31> | <21,225,101> |
| Interest | 12-31-86 | 9.00 | <21,225,101> | <985,035.04> | <22,210,136> |
| Interest | 03-31-87 | 8.00 | <22,210,136> | <442,418.52> | <22,652,555> |
| Interest | 06-30-87 | 8.00 | <22,652,555> | <456,295.20> | <23,108,850> |
| Interest | 09-30-87 | 8.00 | <23,108,850> | <470,653.42> | <23,579,504> |
| Interest | 12-02-87 | 9.00 | <23,579,504> | <369,103.78> | <23,948,607> |
| transfer to 8212 | 12-02-87 | | 132,857.97 | | <23,815,749> |
| transfer to 7112 | 12-02-87 | | 6,983,319.63 | | <16,832,430> |
| transfer to 8412 | 12-02-87 | | 12,429,592.85 | | <4,402,837.42> |

"Maritz declaration Exhibit B"

INTEREST AND PENALTY DETAIL REPORT TaxInterest Version 2006.1
Taxpayer name...: Ford Motor Corp. 03-03-06
Taxpayer ID#....: yr 12/31/76 Page 2

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|

Summary as of 12-02-87

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 22,200,601.28 | <18,388,277> | 0.00 | 3,812,323.34 |
| GATT rate interest | <8,215,160.76> | 0.00 | 0.00 | <8,215,160.76> |
| Totals | 13,985,440.52 | <18,388,277> | 0.00 | <4,402,837.42> |

Prepared using: FEDERAL IRS interest rates
Table end date: 03-31-06 TVS Table

"Maritz declaration Exhibit B"

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Corp.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 09-14-77 | 5,226,072.00 | 5,226,072.00 |
| C/B from 7712 | 01-01-78 | <56,052,416> | <50,716,847> |
| 7912 C/B recapture | 01-01-80 | 42,813,374.00 | <14,036,043> |
| applied from 7912 | 03-15-80 | <8,434.00> | <14,197,782> |
| 8012 C/B recapture | 01-01-81 | 13,826,494.00 | <1,130,831.84> |
| Interest Computation Date | 01-01-81 | | <1,130,831.84> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 09-14-77 | | 5,226,072.00 | | 5,226,072.00 |
| Interest | 01-01-78 | 7.00 | 5,226,072.00 | 109,496.95 | 5,335,568.95 |
| C/B from 7712 | 01-01-78 | | <56,052,416> | | 0.00 |
| Interest | 01-31-78 | 7.00 | <50,716,847> | <291,795.56> | <50,899,145> |
| Interest | 01-01-80 | 6.00 | <50,716,847> | <5,840,774.43> | <56,739,920> |
| 7912 C/B recapture | 01-01-80 | | 42,813,374.00 | | 0.00 |
| Interest | 01-31-80 | 6.00 | <7,903,473.05> | <38,976.03> | <13,965,522> |
| Interest | 03-15-80 | 12.00 | <7,903,473.05> | <114,329.69> | <14,079,851> |
| applied from 7912 | 03-15-80 | | <8,434.00> | | 0.00 |
| Interest | 01-01-81 | 12.00 | <7,911,907.05> | <759,543.08> | <14,847,828> |
| 8012 C/B recapture | 01-01-81 | | 13,826,494.00 | | 0.00 |

Summary as of 01-01-81

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 61,865,940.00 | <55,951,353> | 0.00 | 5,914,586.95 |
| Interest | 109,496.95 | <109,496.95> | 0.00 | 0.00 |
| GATT rate interest | <7,045,418.79> | 0.00 | 0.00 | <7,045,418.79> |
| Totals | 54,930,018.16 | <56,060,850> | 0.00 | <1,130,831.84> |

Prepared using: FEDERAL IRS interest rates
Table end date: 03-31-06 TVS Table

"Maritz declaration Exhibit B"