# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**EXHIBIT C**
**TO THE DECLARATION OF MICHELINE M. MARITZ**
**IN SUPPORT OF DEFENDANT'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

---

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Corp.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| 8012 C/B unpaid | 01-01-81 | 5,914,587.00 | 5,914,587.00 |
| applied from 7712 | 03-15-81 | <2,115,070.00> | 3,941,467.09 |
| 8112 C/B | 01-01-82 | <892,406.00> | 3,413,814.72 |
| allowable interest | 12-31-82 | <7,045,418.77> | <3,070,890.03> |
| transfer t(-High Rate 143,312.00) | 12-21-84 | 143,312.00 | |
| transfer t(-High Rate 2,511,519.00) | 12-21-84 | 2,511,519.00 | |
| Payment | 12-21-84 | <14,250,000> | <15,505,862> |
| transfer t(-High Rate 132,857.97) | 12-02-87 | 132,857.97 | |
| transfer t(-High Rate 6,983,319.63) | 12-02-87 | 6,983,319.63 | |
| transfer t(-High Rate12,429,592.85) | 12-02-87 | 12,429,592.85 | <1,243,334.86> |
| | | | |
| Interest Computation Date | 12-02-87 | | <1,243,334.86> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| 8012 C/B unpaid | 01-01-81 | | 5,914,587.00 | | 5,914,587.00 |
| Interest | 03-15-81 | 12.00 | 5,914,587.00 | 141,950.09 | 6,056,537.09 |
| applied from 7712 | 03-15-81 | | <2,115,070.00> | | 3,941,467.09 |
| Interest | 01-01-82 | 12.00 | 3,799,517.00 | 364,753.63 | 4,306,220.72 |
| 8112 C/B | 01-01-82 | | <892,406.00> | | 3,413,814.72 |
| Interest | 01-31-82 | 12.00 | 2,907,111.00 | 28,672.88 | 3,442,487.60 |
| Interest | 12-31-82 | 20.00 | 2,907,111.00 | 532,041.14 | 3,974,528.74 |
| allowable interest | 12-31-82 | | <7,045,418.77> | | 0.00 |
| Interest | 06-30-83 | 16.00 | <3,070,890.03> | <253,520.96> | <3,324,410.99> |
| Interest | 12-31-83 | 11.00 | <3,324,410.99> | <189,523.03> | <3,513,934.02> |
| Interest | 06-30-84 | 11.00 | <3,513,934.02> | <197,533.84> | <3,711,467.86> |
| Interest | 12-21-84 | 11.00 | <3,711,467.86> | <199,225.44> | <3,910,693.30> |
| transfer to 7812 | 12-21-84 | | 143,312.00 | | <3,767,381.30> |
| transfer to 7812 | 12-21-84 | | 2,511,519.00 | | <1,255,862.30> |
| Payment | 12-21-84 | | <14,250,000> | | <15,505,862> |
| Interest | 12-31-84 | 11.00 | <15,505,862> | <46,665.40> | <15,552,527> |
| Interest | 06-30-85 | 13.00 | <15,552,527> | <1,035,437.66> | <16,587,965> |
| Interest | 12-31-85 | 11.00 | <16,587,965> | <945,671.72> | <17,533,637> |
| Interest | 06-30-86 | 10.00 | <17,533,637> | <891,270.17> | <18,424,907> |
| Interest | 12-31-86 | 9.00 | <18,424,907> | <855,080.90> | <19,279,988> |
| Interest | 03-31-87 | 8.00 | <19,279,988> | <384,050.94> | <19,664,039> |
| Interest | 06-30-87 | 8.00 | <19,664,039> | <396,096.88> | <20,060,135> |
| Interest | 09-30-87 | 8.00 | <20,060,135> | <408,560.85> | <20,468,696> |
| Interest | 12-02-87 | 9.00 | <20,468,696> | <320,408.49> | <20,789,105> |

"Maritz declaration Exhibit C"

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Corp.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06


Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| transfer to 8212 | 12-02-87 | | 132,857.97 | | <20,656,247> |
| transfer to 7112 | 12-02-87 | | 6,983,319.63 | | <13,672,927> |
| transfer to 8412 | 12-02-87 | | 12,429,592.85 | | <1,243,334.86> |

Summary as of 12-02-87

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax or IRS Check | 28,115,188.45 | <23,235,477> | 0.00 | 4,879,711.42 |
| Interest | 1,067,417.74 | <1,067,417.74> | 0.00 | 0.00 |
| GATT rate interest | <6,123,046.28> | 0.00 | 0.00 | <6,123,046.28> |
| Totals | 23,059,559.91 | <24,302,894> | 0.00 | <1,243,334.86> |

Prepared using: FEDERAL IRS interest rates
Table end date: 03-31-06 TVS Table

"Maritz declaration Exhibit C"

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Corp.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Payment | 01-01-78 | <50,716,847> | <50,716,847> |
| 7912 C/B recapture | 01-01-80 | 42,813,374.00 | <14,036,042> |
| applied from 7912 | 03-15-80 | <8,434.00> | <14,197,782> |
| Tax | 01-01-81 | 13,826,494.00 | <1,130,831.77> |
| Interest Computation Date | 01-01-81 | | <1,130,831.77> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Payment | 01-01-78 | | <50,716,847> | | <50,716,847> |
| Interest | 01-31-78 | 7.00 | <50,716,847> | <291,795.56> | <51,008,642> |
| Interest | 01-01-80 | 6.00 | <50,716,847> | <5,840,774.42> | <56,849,416> |
| 7912 C/B recapture | 01-01-80 | | 42,813,374.00 | | 0.00 |
| Interest | 01-31-80 | 6.00 | <7,903,473.00> | <38,976.03> | <14,075,019> |
| Interest | 03-15-80 | 12.00 | <7,903,473.00> | <114,329.69> | <14,189,348> |
| applied from 7912 | 03-15-80 | | <8,434.00> | | 0.00 |
| Interest | 01-01-81 | 12.00 | <7,911,907.00> | <759,543.07> | <14,957,325> |
| Tax | 01-01-81 | | 13,826,494.00 | | 0.00 |

Summary as of 01-01-81

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 56,639,868.00 | <50,725,281> | 0.00 | 5,914,587.00 |
| GATT rate interest | <7,045,418.77> | 0.00 | 0.00 | <7,045,418.77> |
| Totals | 49,594,449.23 | <50,725,281> | 0.00 | <1,130,831.77> |

Prepared using: FEDERAL IRS interest rates
Table end date: 03-31-06 TVS Table

"Maritz declaration Exhibit C"