IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FORD MOTOR COMPANY AND AFFILIATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 02-483 T |
| v. | ) | The Honorable Francis M. Allegra |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

EXHIBIT D
TO THE DECLARATION OF MICHELINE M. MARITZ
IN SUPPORT OF DEFENDANT'S
CROSS-MOTION FOR SUMMARY JUDGMENT

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Corp.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| 8012 unpaid | 01-01-81 | 5,913,033.15 | 5,913,033.15 |
| Payment | 03-15-81 | <2,115,070.00> | 3,939,875.95 |
| 8112 C/B | 01-01-82 | <812,187.00> | 3,492,293.41 |
| allowable int. | 12-31-82 | <152,181.65> | 3,915,998.45 |
| transfer t(-High Rate 143,312.25) | 12-21-84 | 143,312.25 | |
| transfer t(-High Rate 2,511,518.58) | 12-21-84 | 2,511,518.58 | |
| Payment | 12-21-84 | <14,250,000> | <6,608,253.73> |
| transfer t(-High Rate 0.00) | 12-02-87 | 132,857.97 | |
| transfer t(-High Rate 0.00) | 12-02-87 | 6,983,319.63 | |
| transfer t(-High Rate 8,688,058.31) | 12-02-87 | 12,429,592.85 | 10,685,916.02 |
| | | | |
| Interest Computation Date | 12-02-87 | | 10,685,916.02 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| 8012 unpaid | 01-01-81 | | 5,913,033.15 | | 5,913,033.15 |
| Interest | 03-15-81 | 12.00 | 5,913,033.15 | 141,912.80 | 6,054,945.95 |
| Payment | 03-15-81 | | <2,115,070.00> | | 3,939,875.95 |
| Interest | 01-01-82 | 12.00 | 3,797,963.15 | 364,604.46 | 4,304,480.41 |
| 8112 C/B | 01-01-82 | | <812,187.00> | | 3,492,293.41 |
| Interest | 01-31-82 | 12.00 | 2,985,776.15 | 29,448.75 | 3,521,742.16 |
| Interest | 12-31-82 | 20.00 | 2,985,776.15 | 546,437.94 | 4,068,180.10 |
| allowable int. | 12-31-82 | | <152,181.65> | | 0.00 |
| Interest | 06-30-83 | 16.00 | 3,915,998.45 | 323,289.88 | 4,239,288.33 |
| Interest | 12-31-83 | 11.00 | 4,239,288.33 | 241,679.74 | 4,480,968.07 |
| Interest | 06-30-84 | 11.00 | 4,480,968.07 | 251,895.12 | 4,732,863.19 |
| Interest | 12-21-84 | 11.00 | 4,732,863.19 | 254,052.25 | 4,986,915.44 |
| transfer to 7812 | 12-21-84 | | 143,312.25 | | 5,130,227.69 |
| transfer to 7812 | 12-21-84 | | 2,511,518.58 | | 7,641,746.27 |
| Payment | 12-21-84 | | <14,250,000> | | <6,608,253.73> |
| Interest | 12-31-84 | 11.00 | <6,608,253.73> | <19,887.75> | <6,628,141.48> |
| Interest | 06-30-85 | 13.00 | <6,628,141.48> | <441,280.51> | <7,069,421.99> |
| Interest | 12-31-85 | 11.00 | <7,069,421.99> | <403,024.26> | <7,472,446.25> |
| Interest | 06-30-86 | 10.00 | <7,472,446.25> | <379,839.53> | <7,852,285.78> |
| Interest | 12-31-86 | 9.00 | <7,852,285.78> | <364,416.47> | <8,216,702.25> |
| Interest | 03-31-87 | 8.00 | <8,216,702.25> | <163,673.97> | <8,380,376.22> |
| Interest | 06-30-87 | 8.00 | <8,380,376.22> | <168,807.68> | <8,549,183.90> |
| Interest | 09-30-87 | 8.00 | <8,549,183.90> | <174,119.55> | <8,723,303.45> |
| Interest | 12-02-87 | 9.00 | <8,723,303.45> | <136,550.98> | <8,859,854.43> |

"Maaritz declaration Exhibit D"

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Corp.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06


Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| transfer to 8212 | 12-02-87 | | 132,857.97 | | <8,726,996.46> |
| transfer to 7112 | 12-02-87 | | 6,983,319.63 | | <1,743,676.83> |
| transfer to 8412 | 12-02-87 | | 12,429,592.85 | | 10,685,916.02 |

Summary as of 12-02-87

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax or IRS Check | 28,113,634.43 | <15,176,117> | 0.00 | 12,937,516.72 |
| Interest | 2,153,320.94 | <2,153,320.94> | 0.00 | 0.00 |
| GATT rate interest | <2,251,600.70> | 0.00 | 0.00 | <2,251,600.70> |
| Totals | 28,015,354.67 | <17,329,438> | 0.00 | 10,685,916.02 |

Prepared using: FEDERAL IRS interest rates
Table end date: 03-31-06 TVS Table

"Maaritz declaration Exhibit D"

INTEREST AND PENALTY DETAIL REPORT
Taxpayer name...: Ford Motor Corp.
Taxpayer ID#....: yr 12/31/76

TaxInterest Version 2006.1
03-03-06
Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 09-14-77 | 8,979,174.00 | 8,979,174.00 |
| 7712 C/B | 01-01-78 | <9,208,005.00> | <40,698.85> |
| 7912 C/B | 01-01-80 | <1,228,402.00> | <1,274,022.07> |
| Payment | 03-15-80 | <8,434.00> | <1,307,073.15> |
| 8012 C/B recapture | 01-01-81 | 7,190,568.00 | 5,760,851.50 |
| | | | |
| Interest Computation Date | 01-01-81 | | 5,760,851.50 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Interest Detail

| Event | Date | Rate | Base | Interest | Balance |
|---|---|---|---|---|---|
| Tax | 09-14-77 | | 8,979,174.00 | | 8,979,174.00 |
| Interest | 01-01-78 | 7.00 | 8,979,174.00 | 188,132.15 | 9,167,306.15 |
| 7712 C/B | 01-01-78 | | <9,208,005.00> | | 0.00 |
| Interest | 01-31-78 | 7.00 | <40,698.85> | <234.16> | 147,199.14 |
| Interest | 01-01-80 | 6.00 | <40,698.85> | <4,687.06> | 142,512.08 |
| 7912 C/B | 01-01-80 | | <1,228,402.00> | | 0.00 |
| Interest | 01-31-80 | 6.00 | <1,269,100.85> | <6,258.58> | <1,092,148.50> |
| Interest | 03-15-80 | 12.00 | <1,269,100.85> | <18,358.50> | <1,110,507.00> |
| Payment | 03-15-80 | | <8,434.00> | | 0.00 |
| Interest | 01-01-81 | 12.00 | <1,277,534.85> | <122,643.35> | <1,241,584.35> |
| 8012 C/B recapture | 01-01-81 | | 7,190,568.00 | | 0.00 |

Summary as of 01-01-81

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 16,169,742.00 | <10,256,708> | 0.00 | 5,913,033.15 |
| Interest | 188,132.15 | <188,132.15> | 0.00 | 0.00 |
| GATT rate interest | <152,181.65> | 0.00 | 0.00 | <152,181.65> |
| Totals | 16,205,692.50 | <10,444,841> | 0.00 | 5,760,851.50 |

Prepared using: FEDERAL IRS interest rates
Table end date: 03-31-06 TVS Table

"Maaritz declartion Exhibit D"