**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**EXHIBIT E**
**TO THE DECLARATION OF MICHELINE M. MARITZ**
**IN SUPPORT OF DEFENDANT'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

---

Form 2285
(Rev. November 1989)
Department of the Treasury
Internal Revenue Service

*(Increases in Tax)* and Overassessments *(Decreases in Tax)* in Cases Involving Restricted Interest Provisions of the Internal Revenue Code

FORD - 1976 | # 4 | 7612

Power of Attorney's Name and Address

**Section I - Computation of Increase (Decrease) in Tax**

Amounts representing decreases in tax are enclosed in parenthesis in Sections I and II.

Prepared by *(Signature)*

Date 2-24-2006

| Interest Notice / CI No. / CI No. / Allowed under Code section I.R.C. | General Adjustments (a) | 1-01-78 Other 7712 (b) | 8-01-79 First Succeeding Taxable Year SBLY 7907 (c) | 1-01-80 Second Succeeding Taxable Year 7912 (d) | 1-01-81 Third Succeeding Taxable Year 8012 (e) | 1-01-82 Third Succeeding Taxable Year 8112 (e) | After All Adjustments (f) |
|---|---|---|---|---|---|---|---|
| 1. Taxable income for income tax purposes | | | 740,046,252 | | | | |
| 2. Net adjustments | | | (43,600) | | | | |
| 3. Correct taxable income | 740,046,252 | 740,046,252 | 740,002,652 | 740,002,652 | 740,002,652 | 740,002,652 | |
| 4. Tentative income tax | | 161,287,087 | 152,068,154 | 152,066,791 | 104,521,483 | 97,885,557 | |
| 5. Current tax credits | | | | | | | |
| 6. Less tax credit carryback | | 9,208,005 | (1,363) | (47,545,308) | (6,635,926) | (4,972,214) | (68,362,816) |
| 7. Income tax | 161,297,087 | 152,089,082 | 152,066,791 | 104,521,483 | 97,885,557 | 92,913,373 | + 30.00 - Tax assessed |
| 8. Previous tax liability | 152,317,913 | 161,297,087 | 152,089,082 | 152,066,791 | 104,521,483 | 97,885,557 | |
| 9. Increase *(decrease)* in tax | | (9,208,005) | (22,291) | (47,545,308) | (6,635,926) | (4,972,184) | |
| 10. Tentative allowance | | – | 22,291 | 46,316,906 | 13,826,494 | 4,159,997 | |
| 11. Net increase *(decrease)* in tax | 8,979,174 | 9,208,005 | — 0 — | (1,228,402) | 7,190,568 | (812,187) | 4,921,148 |

TAX PREVIOUSLY ASSESSED 9,973,551 *

**Section II - Interest Worksheet**

Increase/Decrease in tax ($5,052,403) **

| | Amount | From | To | Interest | Comments | Comments |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. Increase/Decrease in tax | Name | | Date of Computations | Interest to be Charged/Allowed | Interest to be Charged/Allowed | $ |

870 Date:

23C Date:

* 9-17-85 7,096,852
4-05-91 2,876,699
9,973,551

** to correspond to the E-2285 prepared by IRS Aug 7, 1995

# FORD MOTOR COMPANY - 1976
EIN: 38-0549190

Current and carryback credits based on the last Revenue Agent Report and form 2285 dated Aug. 7, 1995:

| current year | | Total carryback | carryback year | carryback year | carryback year | carryback year | carryback year | Note (a) | |
|---|---|---|---|---|---|---|---|---|---|
| 1976 tax before C/B | | | 7712 | 7907 | 7912 | 8012 | 8112 | | |
| 353,248,674 | | | | 20,928 | | | | Schedule 4 (b) | E-8 |
| (132,313,961) | FTC | 12,461,797 | 9,208,005 | | | 3,253,792 | | Exhibit A | E-9 |
| (134,716) | FTC-disk credit | 119,449 | | | | 119,449 | | Exhibit A-3 | E-10 |
| (60,090,564) | ITC | 44,020,848 | | 1,363 | 44,019,485 | | | Exhibit B | E-11 /E-12 |
| | Energy credit | 1,474,815 | | | 1,394,657 | 80,158 | | Exhibit D | E-13 |
| (1,116,954) | WIN credit | 10,039,834 | | | 2,101,983 | 3,077,310 | 4,860,541 | Exhibit E | E-14 |
| | New Job credit | 246,073 | | | 29,183 | 105,217 | 111,673 | Exhibit F | E-15 |
| 1,704,638 | recapture of ITC | | | | | | | Schedule 1 | E -3 / E-4 |
| 161,297,117 | | 68,362,816 | 9,208,005 | 22,291 | 47,545,308 | 6,635,926 | 4,972,214 | | |
| (c) | | | | | | | | | |
| 157,543,985 | tax before carryback | | | | | | | IRS - F. 2285 | |
| 20,928 | tax due to SRLY C/B | | | | | | | (b) | E-16 |
| 3,732,174 | C/B credits | | | | | | | (d) | |
| 161,297,087 | | | | | | | | | |

(a) The exhibits from the note are the Revenue Agent Report exhibits number and/or letter based on the 1995 report.

(b) Schedule 4 tax - 353,227,746 plus 20,298. SRLY NOL carryback 43,600 X 48% = 20,928 - Copy of worksheets attached and Revenue Agent's form 2285 prepared 6/07/91, allowing the NOL and credit carryback. E-16 / E-17 / E-18

(c) A variance is $30.00 based on general adjustment and my revised form 2285.

(d) Total carryback per exhibits - 68,362,816, - carryback per IRS form 2285 - 64,630,642. $3,732,174 of credit carryback was used against the general adjustment tax .

STATEMENT OF INCOME TAX CHANGES SCHEDULE NO. 1
(ALL FIGURES ROUNDED TO NEAREST $)
EIN: 38-0549190 FORM 1120
In Reply Refer To: CC:C:CLE:AP:TPD:KAK
Name and Address of Taxpayer:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES
THE AMERICAN ROAD
DEARBORN, MICHIGAN 48121

| 1. ADJUSTMENTS TO INCOME: | TAX YEAR ENDED: | 31-Dec-71 | 31-Dec-76 | REFERENCE ONLY 31-Dec-77 | 31-Dec-78 |
|---|---|---|---|---|---|
| A. FMC CONSOLIDATED | SCHEDULE NO. 1A | | | | |
| B. FORD MOTOR COMPANY | SCHEDULE NO. 1B | | | | |
| C. FORD MOTOR CREDIT COMPANY | SCHEDULE NO. 1C | | | | |
| D. AMERICAN ROAD INS. CO. | SCHEDULE NO. 1D | | | | |
| E. AMERICAN ROAD EQUITY CO. | SCHEDULE NO. 1E | | | | |
| F. FORD AEROSPACE & COMM. CORP. | SCHEDULE NO. 1F | | | | |
| G. FORD AEROSPACE & COMM. INTL | SCHEDULE NO. 1G | | | | |
| H. FORD INTERNATIONAL CAPITAL CORP. | SCHEDULE NO. 1H | | | | |
| I. FORD LIFE INS. CO. | SCHEDULE NO. 1I | | | | |
| J. FMCC INTERNATIONAL | SCHEDULE NO. 1J | | | | |
| K. FORD OF EUROPE | SCHEDULE NO. 1K | | | | |
| L. FORD MOTOR LAND DEVELOPMENT CO. | SCHEDULE NO. 1L | | | | |
| M. FORD LEASING AND DEVELOPMENT CO. | SCHEDULE NO. 1M | | | | |
| N. FORD CONSUMER CREDIT COMPANY | SCHEDULE NO. 1N | | | | |
| O. FORD ELECTRONICS & REFRIGERATION | SCHEDULE NO. 1O | | | | |
| P. ROUGE STEEL COMPANY | SCHEDULE NO. 1P | | | | |
| Q. STARNET CORPORATION | SCHEDULE NO. 1Q | | | | |
| R. SUNGLAS PRODUCTS, INC. | SCHEDULE NO. 1R | | | | |
| S. THE DEARBORN INN COMPANY | SCHEDULE NO. 1S | | | | |
| 2. TOTAL ADJUSTMENTS | | $0 | $0 | $0 | $0 |
| 3. TAXABLE INCOME (BEFORE NET OPERATING & CAPITAL LOSS CARRYOVERS & CARRYBACKS) | SCHEDULE NO. 2 | 1,125,191,546 | 740,002,652 | 2,328,278,590 | 2,222,914,689 |
| 4. TAXABLE INCOME CORRECTED - BEFORE NET OPERATING LOSS & CAPITAL LOSS CARRYOVERS & CARRYBACKS | | $1,125,191,546 | $740,002,652 | $2,328,278,590 | $2,222,914,689 |
| 5. NET OPERATING LOSS | SCHEDULE NO. 3 | (84,152,996) | 0 | (2,328,278,590) | (1,114,663,786) |
| 6. CAPITAL LOSS CARRYBACK FROM 1980 | | | | | (7,783,772) |
| 7. TAXABLE INCOME - CORRECTED | | $1,041,038,550 | $740,002,652 | $0 | $1,100,467,131 |
| 8. TAX | SCHEDULE NO. 4 | $498,776,654 | $353,227,746 | $0 | $526,835,237 |
| 9. LESS CREDITS: | | | | | |
| A. FOREIGN TAX CREDIT | EXHIBIT A | 133,235,761 | 145,029,923 | 0 | 514,109,456 |
| B. INVESTMENT TAX CREDIT | EXHIBIT B | 40,106,285 | 104,111,412 | 0 | 6,375,391 |
| C. ESOP CREDIT | EXHIBIT C | 0 | 0 | 0 | 6,350,390 |
| D. ENERGY CREDIT | EXHIBIT D | --- | 1,474,815 | 0 | 0 |
| E. WIN CREDIT | EXHIBIT E | 0 | 11,156,788 | 0 | 0 |
| F. NEW JOBS CREDIT | EXHIBIT F | 0 | 246,073 | 0 | 0 |
| G. RESEARCH CREDIT | EXHIBIT G | 0 | 0 | 0 | 0 |
| H. PAYSOP CREDIT | EXHIBIT H | N/A | N/A | N/A | N/A |
| I. GENERAL BUSINESS CREDIT | EXHIBIT I | | | | |
| BALANCE | | $325,434,608 | $91,208,735 | $0 | $0 |
| 10. PLUS: | | | | | |
| A. INVESTMENT CREDIT RECAPTURE TAX-CORRECTED * | | 422,605 | 1,704,638 | 1,876,159 | 1,249,902 |
| B. MINIMUM TAX | SCHEDULE NO. 5 | 0 | 0 | 1,656,984 | 0 |
| C. | | | | | |
| 11. TOTAL CORRECTED INCOME TAX LIABILITY | | $325,857,213 | $92,913,373 | $3,533,143 | $1,249,902 |
| 12. TOTAL TAX SHOWN ON RETURN OR AS PREVIOUSLY ADJUSTED | SCHEDULE NO. 6 | 324,648,228 | 97,965,776 | 3,533,143 | 1,249,902 |
| 13. INCREASE OR (DECREASE) IN TAX | | $1,208,985 | ($5,052,403) | $0 | $0 |

* AS PREVIOUSLY ADJUSTED 1971, 1976, 1977, 1978,

STATEMENT OF INCOME TAX CHANGES SCHEDULE NO. 1
(ALL FIGURES ROUNDED TO NEAREST $)
EIN: 38-0549190 FORM 1120
In Reply Refer To: CC:C:CLE:AP:TPD:KAK
Name and Address of Taxpayer:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES
THE AMERICAN ROAD
DEARBORN, MICHIGAN 48121

| 1. ADJUSTMENTS TO INCOME: | TAX YEAR ENDED: | REFERENCE ONLY 31-Dec-79 | REFERENCE ONLY 31-Dec-80 | 31-Dec-81 | 31-Dec-82 |
|---|---|---|---|---|---|
| A. FMC CONSOLIDATED | SCHEDULE NO. 1A | | | ($2,823,994) | $826,697 |
| B. FORD MOTOR COMPANY | SCHEDULE NO. 1B | | | (47,566,469) | 59,087,675 |
| C. FORD MOTOR CREDIT COMPANY | SCHEDULE NO. 1C | | | (3,933,479) | (6,707,754) |
| D. AMERICAN ROAD INS. CO. | SCHEDULE NO. 1D | | | (25,255) | |
| E. AMERICAN ROAD EQUITY CO. | SCHEDULE NO. 1E | | | 1,149,380 | |
| F. FORD AEROSPACE & COMM. CORP. | SCHEDULE NO. 1F | | | 7,409,173 | 12,364,807 |
| G. FORD AEROSPACE & COMM. INTL | SCHEDULE NO. 1G | | | (70,780) | (176,393) |
| H. FORD INTERNATIONAL CAPITAL CORP. | SCHEDULE NO. 1H | | | 207,835 | (1,580,638) |
| I. FORD LIFE INS. CO. | SCHEDULE NO. 1I | | | 33,343 | |
| J. FMCC INTERNATIONAL | SCHEDULE NO. 1J | | | (9,984) | |
| K. FORD OF EUROPE | SCHEDULE NO. 1K | | | 280,285 | |
| L. FORD MOTOR LAND DEVELOPMENT CO. | SCHEDULE NO. 1L | | | 40,050 | 19,306 |
| M. FORD LEASING AND DEVELOPMENT CO. | SCHEDULE NO. 1M | | | 30,714 | |
| N. FORD CONSUMER CREDIT COMPANY | SCHEDULE NO. 1N | | | (106,916) | 222,006 |
| O. FORD ELECTRONICS & REFRIGERATION | SCHEDULE NO. 1O | | | | 0 |
| P. ROUGE STEEL COMPANY | SCHEDULE NO. 1P | | | | |
| Q. STARNET CORPORATION | SCHEDULE NO. 1Q | | | | |
| R. SUNGLAS PRODUCTS, INC. | SCHEDULE NO. 1R | | | | |
| S. THE DEARBORN INN COMPANY | SCHEDULE NO. 1S | | | | |
| 2. TOTAL ADJUSTMENTS | | $0 | $0 | ($45,385,797) | $64,055,706 |
| 3. TAXABLE INCOME (BEFORE NET OPERATING & CAPITAL LOSS CARRYOVERS & CARRYBACKS) | SCHEDULE NO. 2 | 1,519,234,542 | (2,859,224,265) | (700,962,149) | 1,331,581,463 |
| 4. TAXABLE INCOME CORRECTED - BEFORE NET OPERATING LOSS & CAPITAL LOSS CARRYOVERS & CARRYBACKS | | $1,519,234,542 | ($2,859,224,265) | ($746,347,946) | $1,395,637,169 |
| 5. NET OPERATING LOSS | SCHEDULE NO. 3 | | | | |
| 6. CAPITAL LOSS CARRYBACK FROM 1980 | | (706,836) | 0 | 0 | (3,874,701) |
| 7. TAXABLE INCOME - CORRECTED | | $1,518,527,706 | ($2,859,224,265) | ($746,347,946) | $1,391,762,468 |
| 8. TAX | SCHEDULE NO. 4 | $690,684,710 | $0 | $0 | $628,445,279 |
| 9. LESS CREDITS: | | | | | |
| A. FOREIGN TAX CREDIT | EXHIBIT A | 690,684,710 | 0 | 0 | 628,445,279 |
| B. INVESTMENT TAX CREDIT | EXHIBIT B | 0 | 0 | 0 | 0 |
| C. ESOP CREDIT | EXHIBIT C | 0 | 0 | 0 | 0 |
| D. ENERGY CREDIT | EXHIBIT D | 0 | 0 | 0 | 0 |
| E. WIN CREDIT | EXHIBIT E | 0 | 0 | 0 | 0 |
| F. NEW JOBS CREDIT | EXHIBIT F | 0 | 0 | 0 | 0 |
| G. RESEARCH CREDIT | EXHIBIT G | 0 | 0 | 0 | 0 |
| H. PAYSOP CREDIT | EXHIBIT H | 0 | 0 | 0 | 0 |
| I. GENERAL BUSINESS CREDIT | EXHIBIT I | N/A | 0 | 0 | 0 |
| BALANCE | | $0 | $0 | $0 | $0 |
| 10. PLUS: | | | | | |
| A. INVESTMENT CREDIT RECAPTURE TAX-CORRECTED * | | 853,684 | 676,670 | 60,819 | 108,986 |
| B. MINIMUM TAX | SCHEDULE NO. 5 | 0 | 0 | 0 | 0 |
| C. | | | | | |
| 11. TOTAL CORRECTED INCOME TAX LIABILITY | | $853,684 | $676,670 | $60,819 | $108,986 |
| 12. TOTAL TAX SHOWN ON RETURN OR AS PREVIOUSLY ADJUSTED | SCHEDULE NO. 6 | 853,684 | 676,670 | 62,464 | 28,818 |
| 13. INCREASE OR (DECREASE) IN TAX | | $0 | $0 | ($1,645) | $80,168 |

* AS PREVIOUSLY ADJUSTED 1971, 1976, 1977, 1978,

'AXABLE INCOME AS PREVIOUSLY ADJUSTED, BEFORE CARRYBACKS

SCHEDULE NO. 2

ame of Taxpayer:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

| TAX YEARS: | 31-Dec-79 | 31-Dec-80 | 31-Dec-81 | 31-Dec-82 |
|---|---|---|---|---|
| AXABLE INCOME PER RETURN | $1,569,308,524 | ($2,920,405,696) | ($700,962,149) | $1,329,064,047 |
| D BACK: | | | | |
| AMENDED RETURN - FORM 1120X | | | | |
| PRIOR APPEALS SETTLEMENT | | | | |
| PRIOR EXAMINATION ONLY (NO APPEALS ADJ.) | (43,031,882) | | | |
| TAX COURT DECISION | (7,042,100) | 61,831,051 | | |
| SRY KING LINCOLN-MERCURY CARRYOVER ???? | | (649,620) | | |
| CAPITAL LOSS CARRYBACKS | | | | |
| NET OPERATING LOSS CARRYOVER-CONS. 81-PER RETURN | | | | |
| NET OPERATING LOSS CARRYBACKS | | | | 2,517,416 |
| AXABLE INCOME AS PREVIOUSLY ADJUSTED (BEFORE CARRYOVERS & CARRYBACKS) | $1,519,234,542 | ($2,859,224,265) | ($700,962,149) | $1,331,581,463 |

NET OPERATING LOSS
FORD MOTOR COMPANY
Net Operating Loss-NORMAL CARRYBACK (3-YEAR)
Net Operating Loss-PRODUCT LIABILITY (10-YEAR)

SCHEDULE NO. 3

| NOL Carrybacks/Carryforwards | | CARRIED BACK | Available | N/A<br>Used-1971 | Available | Used-1976 | Available | KING LINC. MERC. 9,056<br>Used-1977 | Available | Used-1978 |
|---|---|---|---|---|---|---|---|---|---|---|
| Arising in 1966 | | | 0 | 0 | | | | | | |
| Arising in 1967 | | | 0 | 0 | | | | | | |
| Arising in 1968 | | | 0 | 0 | | | | | | |
| Arising in 1969 | | | 0 | 0 | | | | | | |
| Arising in 1970 | | | 0 | 0 | | | | | | |
| Arising in 1971 | | | | | 0 | 0 | | | | |
| Arising in 1972 | | | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Arising in 1973 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1974 | FROM TAR HEEL FORD | | 58,138 | (58,138) | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1975 | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1976 | | | 0 | 0 | | | 0 | 0 | 0 | 0 |
| Arising in 1977 | | | 0 | 0 | 0 | 0 | 0 | | 9,056 | (9,056) |
| Arising in 1978 | | | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Arising in 1979 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1980 | | 67,735,962 | 0 | 0 | 0 | 0 | 2,785,594,555 | (2,328,278,590) | 457,315,965 | (457,315,965) |
| Arising in 1981 | - SRLY AMOUNTS | 166,391 | 84,094,858 | (84,094,858) | 0 | 0 | 0 | 0 | 657,338,765 | (657,338,765) |
| Arising in 1982 | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1983 | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1984 | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1985 | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1986 | | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Available | | | 84,152,996 | | 0 | | 2,785,594,555 | | 1,114,663,786 | |
| Used | | | | (84,152,996) | | 0 | | (2,328,278,590) | | (1,114,663,786) |

NET OPERATING LOSS
FORD MOTOR COMPANY
Net Operating Loss-NORMAL CARRYBACK (3-YEAR)
Net Operating Loss-PRODUCT LIABILITY (10-YEAR)

SCHEDULE NO. 3

SRY C/O ONLY

SCHEDULE NO. 3A

| NOL Carrybacks/Carryforwards | CARRIED BACK | Available | Used-1979 | Available | 1980<br>5,893,748<br>2,785,594,555<br>67,735,962<br>Used-1980 | Available | 1981<br>662,086,693<br>84,094,858<br>Used-1981 | Available | 1982 0<br>Used-8212 |
|---|---|---|---|---|---|---|---|---|---|
| Arising in 1966 | | | | | | | | | |
| Arising in 1967 | | | | | | | | | |
| Arising in 1968 | | | | | | | | | |
| Arising in 1969 | | | | | | | | | |
| Arising in 1970 | | | | | | | | | |
| Arising in 1971 | | | | | | | | | |
| Arising in 1972 | | | | | | | | | |
| Arising in 1973 | | | | | | | | | |
| Arising in 1974 FROM TAR HEEL FORD | | | | | | | | | |
| Arising in 1975 | | 0 | 0 | 0 | 0 | | | | |
| Arising in 1976 | | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Arising in 1977 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1978 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1979 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1980 | | 0 | 0 | | | 0 | 0 | 0 | 0 |
| Arising in 1981 - SRLY AMOUNTS | 67,735,962<br>166,391 | 706,836 | (706,836) | 0 | 0 | | | 0 | 0 |
| Arising in 1982 | | 0 | 0 | 0 | 0 | 0 | 0 | 3,874,701 | (3,874,701) |
| Arising in 1983 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1984 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1985 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arising in 1986 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Available / Used | | 706,836 | (706,836) | 0 | 0 | 0 | 0 | 3,874,701 | (3,874,701) |

CORPORATE TAX COMPUTATION SCHEDULE NO. 4
NAME OF TAXPAYER:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

| | 31-Dec-71 | 31-Dec-76 | 31-Dec-77 | 31-Dec-78 |
|---|---|---|---|---|
| 1. Taxable Income Adjusted | $1,041,038,550 | $740,002,652 | $0 | $1,100,467,131 |
| 2. Surtax Exemption | 25,000 | 25,000 | 0 | 25,000 |
| 3. Balance | 1,041,013,550 | 739,977,652 | 0 | 1,100,442,131 |
| 4. Surtax Exemption | N/A | 25,000 | 0 | 25,000 |
| 5. Balance | N/A | 739,952,652 | 0 | 1,100,417,131 |
| 6. Surtax Exemption | N/A | N/A | N/A | N/A |
| 7. Balance | N/A | N/A | N/A | N/A |
| 8. Surtax Exemption | N/A | N/A | N/A | N/A |
| 9. Balance | $1,041,013,550 | $739,952,652 | $0 | $1,100,417,131 |
| TAX (76,77,78) (79,80,81) (82) (83,84,85,86)<br>20% 17% 16% 15% x line 2<br>22% 20% 19% 18% x line 4<br>0% 30% 30% 30% x line 6<br>0% 40% 40% 40% x line 8<br>48% 46% 46% 46% x line 9 | $229,028,481<br>270,663,523 | $5,000<br>5,500 | $0<br>0 | $5,000<br>5,500 |
| 84,85,86=LESSER OF 5% x > 1,000,000 or 20,250-<br>IF MULTIPLE SURTAX ELECTED, 6% OF LINE 2 | 0 | 355,177,273 | 0 | 528,200,223 |
| REGULAR TAX COMPUTATION | $499,692,004 | $355,187,773 | $0 | $528,210,723 |
| ALTERNATIVE TAX COMPUTATION | | | | |
| 1. Taxable Income Adjusted | $1,041,038,550 | $740,002,652 | $0 | $1,100,467,131 |
| 2. Capital Gains-CORRECTED-BEFORE C/B<br>CAPITAL LOSS C/B FROM 1980 | 5,085,276 | 10,889,039 | 227 | PRIOR APPEALS<br>15,425,362<br>(7,783,772) |
| 3. Capital Gains-Corrected | 5,085,276 | 10,889,039 | 227 | 7,641,590 |
| 4. Balance | 1,035,953,274 | 729,113,613 | 0 | 1,092,825,541 |
| 5. Surtax Exemption | 25,000 | 25,000 | 0 | 25,000 |
| 6. Balance | 1,035,928,274 | 729,088,613 | 0 | 1,092,800,541 |
| 7. Surtax Exemption | N/A | 25,000 | 0 | 25,000 |
| 8. Balance | N/A | 729,063,613 | 0 | 1,092,775,541 |
| 9. Surtax Exemption | N/A | N/A | N/A | N/A |
| 10. Balance | N/A | N/A | N/A | N/A |
| 11. Surtax Exemption | N/A | N/A | N/A | N/A |
| 12. Balance | $0 | $729,063,613 | $0 | $1,092,775,541 |
| TAX (76,77,78) (79,80,81) (82) (83,84,85,86)<br>20% 17% 16% 15% x line 4<br>22% 20% 19% 18% x line 6<br>0% 30% 30% 30% x line 8<br>0% 40% 40% 40% x line 10<br>48% 46% 46% 46% x line 12<br>30% 30% (28%-'81) 28% 28% x line 3 | $227,909,720<br>269,341,351<br><br><br>1,525,583<br>0 | $5,000<br>5,500<br><br><br>349,950,534<br>3,266,712 | $0<br>0<br><br><br>0<br>68 | $5,000<br>5,500<br><br><br>524,532,260<br>2,292,477 |
| 84,85,86=LESSER OF 5% x > 1,000,000 or 20,250-<br>IF MULTIPLE SURTAX ELECTED, 6% OF LINE 2 | | | | |
| ALTERNATIVE TAX | $498,776,654 | $353,227,746 | $68 | $526,835,237 |
| TAX (LESSER OF REGULAR OR ALTERNATIVE) | $498,776,654 | $353,227,746 | $0 | $526,835,237 |

FOREIGN TAX CREDIT — EXHIBIT A
NAME OF TAXPAYER:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

| TAX YEAR ENDED: | | 31-Dec-71 | 31-Dec-76 | 31-Dec-77 | 31-Dec-78 |
|---|---|---|---|---|---|
| FOREIGN SOURCED INCOME- | RETURN * | $277,371,745 | $301,627,690 | $945,118,537 | $1,070,716,527 |
| ADJUSTMENTS: | | | | | |
| 1).SUMMARY | EXHIBIT A-1 | | | | |
| 2).§78 GROSS-UP GERMANY-CLAIM | | 1,880,651 | 0 | 0 | 0 |
| 3). | | | | | |
| 4). | | | | | |
| 5). | | | | | |
| * AS PREVIOUSLY ADJUSTED FOR 1976, 1977, 1978, 1979 & 1980 | | | | | |
| A).FOREIGN SOURCED INCOME-CORRECTED | | $279,252,396 | $301,627,690 | $945,118,537 | $1,070,716,527 |
| B).TAXABLE INCOME LESS CAP. GAIN ADJ. | | $1,039,131,571 | $735,919,262 | $0 | $1,097,601,535 |
| C).CORRECTED TAX LIABILITY (SCHEDULE 1, LINE 7) | | $498,776,654 | $353,227,746 | $0 | $526,835,237 |
| LIMITATION=A/B*C (TAX FOR 1971) | | $498,776,654 | $144,775,758 | $0 | $513,930,764 |
| CURRENT YEAR SEC.901 & 902 CREDITS- PER RETURN * | | AS PREV. ADJUSTED $131,352,557 | $132,313,961 | $462,859,635 | $489,068,415 |
| ADJUSTMENTS: | | | | | |
| 1).SUMMARY OF ADJUSTMENTS | EXHIBIT A-2 | | | | |
| 2).§901 CREDITS-PANAMA-CLAIM | | 2,553 | | | |
| 3).§78 GROSS-UP - GERMANY-CLAIM | | 1,880,651 | | | |
| 4). | | | | | |
| 5).LESS: §58(h) REDUCTION-PER CLOSING AGREEMENT | | | | (212) | |
| * AS PREVIOUSLY ADJUSTED FOR 1976, 1977, 1978, 1979 & 1980 | | | | | |
| CURRENT YEAR FOREIGN TAX CREDIT-CORRECTED | AVAILABLE: | $133,235,761 | $132,313,961 | $462,859,423 | $489,068,415 |
| CARRYOVER FROM: | | | | | |
| CARRYBACK/CARRYOVER FROM: | CARRIED BACK | 0<br>0 | 0<br>0 | 0<br>0 | 0<br>0 |
| 31-Dec-71<br>1974 NOL C/B<br>31-Dec-76<br>31-Dec-77<br>31-Dec-78<br>31-Dec-79<br>31-Dec-80<br>31-Dec-81<br>31-Dec-82<br>31-Dec-83<br>31-Dec-84 | | 0<br>0<br>0 | 0<br>0<br>0<br>0<br>0<br>0<br>0<br>0<br>12,461,797<br>0 | 0<br>0<br>0<br>0<br>0<br>0<br>(462,859,423)<br>0<br>0 | 0<br>0<br>0<br>0<br>0<br>24,862,349<br>0<br>0<br>0<br>0 |
| TOTAL FOREIGN TAX CREDIT ALLOWED-BEFORE DISC | | $133,235,761 | $144,775,758 | $0 | $513,930,764 |
| ADD: DISC CREDIT ALLOWED | EXHIBIT A-3 | --- | 254,165 | 0 | 178,692 |
| TOTAL FOREIGN TAX CREDIT ALLOWED-AFTER DISC | | $133,235,761 | $145,029,923 | $0 | $514,109,456 |

DISC CREDIT

EXHIBIT A-3

NAME OF TAXPAYER:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

| | | 31-Dec-76 | 31-Dec-77 | 31-Dec-78 | 31-Dec-79 |
|---|---|---|---|---|---|
| | TAX YEARS: | 31-Dec-76 | 31-Dec-77 | 31-Dec-78 | 31-Dec-79 |
| LIMITATION: | | | | | |
| TAX LIABILITY | SCHEDULE NO. 1 | $353,227,746 | $0 | $526,835,237 | $690,684,710 |
| LESS: REGULAR FOREIGN TAX CREDIT | EXHIBIT A | (144,775,758) | 0 | (513,930,764) | (690,684,710) |
| LIMITATION FOR DISC CREDIT | | $208,451,988 | $0 | $12,904,473 | $0 |
| CURRENT YEAR DISC CREDIT | PER RETURN | $99,402 | $196,470 | $105,267 | $60,871 |
| ADJUSTMENTS: | | | | | |
| 1. EXAMINATION ADJUSTMENTS | | 35,314 | (196,470) | (105,267) | 7,376 |
| 2. APPEALS ADJUSTMENTS | | | 119,449 | 117,189 | (6,744) |
| 3. | | | | | |
| CURRENT YEAR DISC CREDIT | CORRECTED | $134,716 | $119,449 | $117,189 | $61,503 |
| CARRYOVERS/CARRYBACKS: | CARRIED BACK | | | | |
| 31-Dec-76 | | 0 | 0 | 0 | 0 |
| 31-Dec-77 | | 119,449 | (119,449) | 0 | 0 |
| 31-Dec-78 | | 0 | 0 | 0 | 0 |
| 31-Dec-79 | | | 0 | 61,503 | (61,503) |
| 31-Dec-80 | | | | 0 | 0 |
| 31-Dec-81 | | | | | 0 |
| 31-Dec-82 | | | | | |
| 31-Dec-83 | | | | | |
| 31-Dec-84 | | | | | |
| TOTAL DISC CREDIT ALLOWED | | $254,165 | $0 | $178,692 | $0 |

INVESTMENT TAX CREDIT
NAME OF TAXPAYER:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

EXHIBIT B

| TAX YEAR ENDED: | 31-Dec-71 | 31-Dec-76 | 31-Dec-77 | | 31-Dec-7[illegible] |
|---|---|---|---|---|---|
| LIMITATION BASED ON TAX: | | | | | |
| CORRECTED TAX LIABILITY | $498,776,654 | $353,227,746 | $0 | | $526,835,23[illegible] |
| LESS: FOREIGN TAX CREDIT (& RESEARCH CREDIT FOR 1984 & 1985 ONLY) | 133,235,761 | 145,029,923 | 0 | | 514,109,45[illegible] |
| BALANCE | 365,540,893 | 208,197,823 | 0 | | 12,725,78[illegible] |
| LESS: | 25,000 | 25,000 | 0 | | 25,00[illegible] |
| BALANCE | $365,515,893 | $208,172,823 | $0 | | $12,700,78[illegible] |
| BALANCE X APPLICABLE RATE:(63 THRU 78=50%/ 79=60%/80=70%/81=80%/82=90%/83=85%) | $182,757,947 | $104,086,412 | $0 | | $6,350,39[illegible] |
| ADD: | 25,000 | 25,000 | 0 | | 25,00[illegible] |
| LIMITATION BASED ON TAX | $182,782,947 | $104,111,412 | $0 | | $6,375,391 |
| INVESTMENT CREDIT ALLOWABLE: | | | | | |
| CURRENT YEAR'S CREDIT PER RETURN * -1983 APPORTIONMENT | $40,106,285 | $59,140,757 | $97,981,083 | | $156,808,243 |
| ADJUSTMENTS: (a) PRIOR EXAMINATION ADJUSTMENTS | | 1,363 | (10,389,976) | | (13,322,892 |
| (b) PRIOR APPEALS ADJUSTMENTS | | 211,773 | 6,008,987 | | 9,426,46[illegible] |
| (c) PRIOR EXAM. EARLY DISPOSITION ADJUSTMENTS | | 738,034 | 28,239 | | 42,611 |
| (d) APPEALS ADJUSTMENTS | | | | | |
| (e) §58(h) REDUCTION-PER CLOSING AGREEMENT | | | (7,460,588) | LESS: §58(h) CREDIT REDUCTION FOR SETTLEMENT PURPOSES-C/O ONLY | |
| CURRENT YEAR'S CREDIT-CORRECTED AVAILABLE: | $40,106,285 | $60,091,927 | $86,167,745 | | $152,954,431 |
| CARRYBACK/CARRYOVER FROM: | 0<br>0<br>0 | 0<br>0<br>0 | 0<br>0<br>0<br>0 | CREDIT REDUCTION DUE TO SEC. 58(h) | 0<br>0<br>0 |
| 31-Dec-73<br>31-Dec-74<br>31-Dec-76<br>31-Dec-77 **<br>31-Dec-78<br>31-Dec-79<br>31-Dec-80<br>31-Dec-81<br>31-Dec-82<br>31-Dec-83 | 0<br>0<br>0<br>0 | 0<br>0<br>0<br>0<br>0<br>0<br>0<br>44,019,485<br>0<br>0 | 0<br>0<br>0<br>0<br>0<br>0<br>0<br>(86,167,745)<br>0<br>0 | (5,350,891) | 0<br>0<br>0<br>0<br>0<br>0<br>6,375,391<br>(152,954,431)<br>0 |
| TOTAL INVESTMENT TAX CREDIT ALLOWED | $40,106,285 | $104,111,412 | $0 | | $6,375,391 |

* AFTER EXAM'S ITC RECAPTURE OFFSETS
** AS PREVIOUSLY ADJUSTED

INVESTMENT TAX CREDIT
NAME OF TAXPAYER:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

EXHIBIT B

| TAX YEAR ENDED: | 31-Dec-79 | 31-Dec-80 | 31-Dec-81 | 31-Dec-82 |
|---|---|---|---|---|
| LIMITATION BASED ON TAX: | | | | |
| CORRECTED TAX LIABILITY | $690,684,710 | $0 | $0 | $628,445,279 |
| LESS: FOREIGN TAX CREDIT (& RESEARCH CREDIT FOR 1984 & 1985 ONLY) | 690,684,710 | 0 | 0 | 628,445,279 |
| BALANCE | 0 | 0 | 0 | 0 |
| LESS: | 0 | 0 | 0 | 0 |
| BALANCE | $0 | $0 | $0 | $0 |
| BALANCE X APPLICABLE RATE:(63 THRU 78=50%/ 79=60%/80=70%/81=80%/82=90%/83=85%) | $0 | $0 | $0 | $0 |
| ADD: | 0 | 0 | 0 | 0 |
| LIMITATION BASED ON TAX | $0 | $0 | $0 | $0 |
| INVESTMENT CREDIT ALLOWABLE: | | | | |
| CURRENT YEAR'S CREDIT PER RETURN * -1983 APPORTIONMENT | $182,892,171 | $117,200,264 | $20,365,394 | $41,267,267 |
| ADJUSTMENTS: | | | | |
| (a) PRIOR EXAMINATION ADJUSTMENTS | (11,367) | (4,713) | (6,156) | (263) |
| (b) PRIOR APPEALS ADJUSTMENTS | 1,011,899 | (5,693,762) | (3,003,119) | (3,133,109) |
| (c) PRIOR EXAM. EARLY DISPOSITION ADJUSTMENTS | 112,295 | | | |
| (d) APPEALS ADJUSTMENTS | 69,708 | 35,182 | 4,167 | 0 |
| (e) §58(h) REDUCTION-PER CLOSING AGREEMENT | | | | |
| CURRENT YEAR'S CREDIT-CORRECTED CARRYOVER FROM: AVAILABLE: | $184,074,706 | $111,536,971 | $17,360,286 | $38,133,895 |
| CARRYBACK/CARRYOVER FROM: | 0<br>0<br>0 | 0<br>0<br>0 | 0<br>0<br>0 | 0<br>0<br>0 |
| 31-Dec-73 | 0 | 0 | 0 | 0 |
| 31-Dec-74 | 0 | 0 | 0 | 0 |
| 31-Dec-76 | 0 | 0 | 0 | 0 |
| 31-Dec-77 ** | 0 | 0 | 0 | 0 |
| 31-Dec-78 | 0 | 0 | 0 | 0 |
| 31-Dec-79 | (184,074,706) | 0 | 0 | 0 |
| 31-Dec-80 | 0 | (111,536,971) | 0 | 0 |
| 31-Dec-81 | | 0 | (17,360,286) | 0 |
| 31-Dec-82 | | 0 | 0 | (38,133,895) |
| 31-Dec-83 | 0 | 0 | 0 | 0 |
| TOTAL INVESTMENT TAX CREDIT ALLOWED | $0 | $0 | $0 | $0 |

* AFTER EXAM'S ITC RECAPTURE OFFSETS
** AS PREVIOUSLY ADJUSTED

ENERGY TAX CREDIT
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

EXHIBIT D

| TAX YEAR ENDED: | | 31-Dec-76 | 31-Dec-77 | 31-Dec-78 | 31-Dec-79 |
|---|---|---|---|---|---|
| LIMITATION BASED ON TAX: | | | | | |
| CORRECTED TAX LIABILITY | | $353,227,746 | $0 | $526,835,237 | $690,684,710 |
| LESS: FOREIGN, INVESTMENT, ESOP/TRASOP CREDITS | | 249,141,335 | 0 | 526,835,237 | 690,684,710 |
| BALANCE | | $104,086,411 | $0 | $0 | $0 |
| CURRENT YEAR'S CREDIT PER RETURN | | N/A | N/A | $80,158 | $1,394,657 |
| ADJUSTMENTS: | | | | | |
| A): | | | | | |
| B): | | | | | |
| C): | | | | | |
| CURRENT YEAR'S CREDIT-CORRECTED AVAILABLE | | $0 | $0 | $80,158 | $1,394,657 |
| CARRYBACK/CARRYOVER FROM: | 31-Dec-78 | 80,158 | 0 | (80,158) | 0 |
| | 31-Dec-79 | 1,394,657 | 0 | 0 | (1,394,657) |
| | 31-Dec-80 | | 0 | 0 | 0 |
| | 31-Dec-81 | | | 0 | 0 |
| | 31-Dec-82 | | | | 0 |
| | 31-Dec-83 | | | | |
| TOTAL ENERGY CREDIT ALLOWED | | $1,474,815 | $0 | $0 | $0 |

WIN CREDIT
NAME OF TAXPAYER:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

EXHIBIT E

| TAX YEAR ENDED: | 31-Dec-76 | 31-Dec-77 | 31-Dec-78 | 31-Dec-79 |
|---|---|---|---|---|
| WIN CREDIT: | | | | |
| LIMITATION BASED ON TAX: | | | | |
| CORRECTED TAX LIABILITY | $353,227,746 | $0 | $526,835,237 | $690,684,710 |
| LESS: FOREIGN, INVESTMENT, ESOP, ENERGY TAX CREDITS | 250,616,150 | 0 | 526,835,237 | 690,684,710 |
| BALANCE | 102,611,596 | 0 | 0 | 0 |
| LESS:(SPECIAL LIMITATION FOR YEARS ENDING AFTER 10-3-76, SEE BELOW) | 50,000 | 0 | 0 | N/A |
| BALANCE | $102,561,596 | $0 | $0 | $0 |
| BALANCE X APPLICABLE RATE: (74,75,76,77,78=50%) | $51,280,798 | $0 | $0 | N/A |
| ADD:(SPECIAL LIMITATION FOR YEARS ENDING AFTER 10-3-76) | 50,000 | 0 | 0 | N/A |
| LIMITATION BASED ON TAX | $51,330,798 | $0 | $0 | $0 |
| WIN CREDIT ALLOWABLE: | | | | |
| CURRENT YEAR'S CREDIT PER RETURN * | $1,116,954 | $3,077,310 | $4,860,541 | $2,101,983 |
| ADJUSTMENTS: (a) | 0 | 0 | 0 | 0 |
| (b) | 0 | 0 | 0 | 0 |
| (c) | 0 | 0 | 0 | 0 |
| CURRENT YEAR'S CREDIT-CORRECTED CARRYOVER FROM: AVAILABLE: | $1,116,954 | $3,077,310 | $4,860,541 | $2,101,983 |
| CARRYBACK/CARRYOVER FROM: | | | | |
| 31-Dec-76 | 0 | 0 | 0 | 0 |
| 31-Dec-77 | 3,077,310 | (3,077,310) | 0 | 0 |
| 31-Dec-78 | 4,860,541 | 0 | (4,860,541) | 0 |
| 31-Dec-79 | 2,101,983 | 0 | 0 | (2,101,983) |
| 31-Dec-80 | 0 | 0 | 0 | 0 |
| 31-Dec-81 | 0 | 0 | 0 | 0 |
| 31-Dec-82 | 0 | 0 | 0 | 0 |
| 31-Dec-83 | 0 | 0 | 0 | 0 |
| 31-Dec-84 | 0 | 0 | 0 | 0 |
| TOTAL WIN CREDIT ALLOWED | $11,156,788 | $0 | $0 | $0 |

* PRIOR APPEALS 1976 THRU 1980

NEW JOBS CREDIT
NAME OF TAXPAYER:
FORD MOTOR COMPANY
AND AFFILIATED COMPANIES

EXHIBIT F

| NEW JOBS CREDIT — TAX YEAR ENDED: | 31-Dec-76 | 31-Dec-77 | 31-Dec-78 | 31-Dec-79 |
|---|---|---|---|---|
| LIMITATION BASED ON TAX: | | | | |
| CORRECTED TAX LIABILITY | $353,227,746 | $0 | $526,835,237 | $690,684,710 |
| LESS: FOREIGN, INVESTMENT, ESOP/TRASOP, ENERGY, WIN TAX CREDITS | 261,772,938 | 0 | 526,835,237 | 690,684,710 |
| BALANCE | 91,454,808 | 0 | 0 | 0 |
| $100,000 (1974, 1975, 1976 & 1977) | N/A | N/A | N/A | N/A |
| BALANCE | $91,454,808 | $0 | $0 | $0 |
| BALANCE X APPLICABLE RATE: (79-83 = 90%) | N/A | N/A | N/A | $0 |
| LIMITATION BASED ON TAX | $91,454,808 | $0 | $0 | $0 |
| NEW JOBS CREDIT ALLOWABLE: | | | | |
| CURRENT YEAR'S CREDIT PER RETURN | N/A | $105,217 | $111,673 | $29,780 |
| ADJUSTMENTS: (a) EXAMINATION ADJUSTMENTS | | | | (597) |
| (b) | | | | |
| (c) | | | | |
| CURRENT YEAR'S CREDIT-CORRECTED | $0 | $105,217 | $111,673 | $29,183 |
| CARRYBACK/CARRYOVER FROM: 31-Dec-77 | 105,217 | (105,217) | 0 | 0 |
| 31-Dec-78 | 111,673 | 0 | (111,673) | 0 |
| 31-Dec-79 | 29,183 | 0 | 0 | (29,183) |
| 31-Dec-80 | | 0 | 0 | 0 |
| 31-Dec-81 | | | 0 | 0 |
| 31-Dec-82 | | | | 0 |
| 31-Dec-83 | | | | 0 |
| TOTAL NEW JOBS CREDIT ALLOWED | $246,073 | $0 | $0 | $0 |

NAME Northside Ford Truck Sales, Inc. IDENTIFICATION NO. 93-0611732

STATEMENT NO. 1120 X YEAR ENDED 12/31/79

| | * 1979 | 1976 | |
|---|---|---|---|
| 1979: | | | |
| Total income, originally reported | 1 068 789 | | |
| Total deductions, originally reported | 1 112 389 | | |
| Original taxable income | (43 600) | | |
| Wages claimed as NJC | 8 557 | | |
| Corrected taxable income (NOL) | (35 043) | | |
| 1976: | | | |
| Total income, originally reported | | 1 280 879 | |
| Total deductions, originally reported | | 1 128 539 | |
| 1975 NOL Carryforward | | 78 869 | |
| Original taxable income | | 73 471 | |
| 1979 NOL carryback (1139) | | 43 600 | |
| Adjusted taxable income (1139) | | 29 871 | |
| Correction of 1979 NOL | | 8 557 | |
| Corrected taxable income | | 38 428 | |
| Original 1979 NOL carryback | | | 43 600 |
| Correction of NOL | | | (8 557) |
| | | | 35 043 |
| NOL used in 1976 | | | (35 043) |
| Available for 1977 | | | — |

* see copy of 7/31/79 amended return attached

NAME Northside Ford Truck Sales, Inc. IDENTIFICATION NO. 93-0611732

STATEMENT NO. 1120 X YEAR ENDED 12/31/79

| | * 1979 | 1976 | |
|---|---|---|---|
| 1979: | | | |
| 1979 Tax, originally reported | – | | |
| I.T.C. recapture | 1 016 | | |
| 1979 Tax | 1 016 | | |
| Unused 1979 Investment Tax Credit | 1 363 | | |
| Unused 1979 Jobs Credit | 8 557 | | |
| 1976: | | | |
| 1976 Tax, originally reported | | 35 266 | |
| Tax reduction NOL carryback | | (20 928) | |
| 1976 I.T.C. | | (2 048) | |
| 1975 I.T.C., carrforward | | (6 428) | |
| 1979 I.T.C. carryback | | (1 363) | |
| I.T.C. recapture | | 687 | |
| Adjusted Tax (1139) | | 5 186 | |
| Correction NOL ($8,557 x 48%) | | 4 107 | |
| 1979 Jobs Credit carryback | | (8 557) | |
| Correct 1976 Tax | | 736 | |
| Tax per 1139 | | 5 186 | |
| Corrected tax | | 736 | |
| Refund | | 4 450 | |
| Carryback 1979 I.T.C. | | | 1 363 |
| Used in 1976 | | | 1 363 |
| Available for 1977 | | | – |
| Carryback 1979 J.C. | | | 8 557 |
| Used in 1976 | | | 8 557 |
| Available for 1977 | | | – |

* see copy of 7/31/79 amended return attached

:85
vember 1989)
int of the Treasury
Revenue Service

**Concurrent Determinations of Deficiencies *(Increases in Tax)* and Overassessments *(Decreases in Tax)* in Cases Involving Restricted Interest Provisions of the Internal Revenue Code**

Taxpayer's Name and Identification Number: F 1 Motor Co.

Taxable Year Ended: 7612

Power of Attorney's Name and Address

I. Computation of Increase *(Decrease)* in Tax

representing decreases in tax are enclosed in parenthesis in Sections I and II.

Prepared by *(Signature)* K. Clark

Date 6-7-91

| Interest Notice / Cl No. / Cl No. / Allowed under ...ion 6601(d) 6611(f) I.R.C. | General Adjustments (a) | Other: 1-1-78 FIRST SUCCEEDING YEAR 7712 (b) | 8-1-79 SECOND SUCCEEDING YEAR 7907 7812 | Carryback Losses or Credits From: THIRD ~~First Succeeding~~ Taxable 1-1-80 Year 7912 (c) | FROM 8012 ~~Second Succeeding~~ Taxable 1-1-81 Year 8012 (d) | FROM 8112 ~~Third Succeeding~~ Taxable 1-1-81 Year 8112 (e) | After All Adjustments (f) |
|---|---|---|---|---|---|---|---|
| ...ble income for ...ne tax purposes | 736,727,211 | 740,046,252 | 740,046,252 | 740,002,652 | 740,002,652 | 740,002,652 | 736,727,211 |
| ...djustments | 3,319,041 | | (43,600) | | | | 3,275,441 |
| ...ct taxable income | 740,046,252 | 740,046,252 | 740,002,652 | 740,002,652 | 740,002,652 | 740,002,652 | 740,002,652 |
| ...ative income tax | | 333,348,674 | 353,227,746 | 353,227,746 | 353,227,746 | 353,227,746 | |
| ...nt tax credits | | 206,475,965 | 206,477,168 | 197,267,587 | 197,267,587 | 197,267,587 | 197,267,587 |
| tax credit carryback | | | | 54,830,009 | 59,699,051 | 59,699,051 | |
| ...ne tax | 157,688,863 | 148,490,646 | 149,458,355 | 102,837,927 | 97,965,746 | 97,965,746 | 97,965,746 |
| ...ous tax liability | 159,414,764 | 157,688,863 | 149,480,646 | 148,458,355 | 102,837,927 | 97,965,746 | 159,414,764 |
| ...ase *(decrease)* in tax | (1,725,901) | (9,208,218) | (22,291) | (45,620,428) | (4,872,181) | -0- | (61,449,018) |
| ...tive allowance | | | OK 22,291 | OK 46,316,906 | OK 13,826,494 | OK 4159,997 | 64,325,688 |
| ...ncrease *(decrease)* | (1,725,901) | (9,208,218) | -0- | 696,478 | 8,954,313 | 4,159,997 | 2,876,670 |

2,876,669.00

II. Interest Worksheet

Increase/Decrease in tax $

| Amount | From | To | Interest | Comments |
|---|---|---|---|---|
| | | | | |

COMPUTATION No 6812617 ATTACHED

4/ay Lilac
8-13-91

CARRYBACK

87d Date:

23C Date:

...ase/Decrease in tax | Name | Date of Computation | Interest to be Charged/Allowed $

E-18