**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 02-483 T**<br>**The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Ford Motor Company and Affiliates, in accordance with Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's Special Procedures Order of May 31, 2002 [paragraph (3)], respectfully moves the Court for an enlargement of 60 days, from March 20, 2006, to and including May 19, 2006, within which to reply to defendant's cross-motion for summary judgment. This is the first enlargement requested for this purpose.

As good cause therefore, plaintiff states that defendant's motion raises issues that are not briefed in plaintiff's motion for summary judgment. In order to draft an appropriate response to defendant's motion, plaintiff's attorneys have requested an analysis of defendant's computations both by plaintiff's attorneys' Senior Tax Interest Technical Director and by the

plaintiff's staff. This analysis requires locating and retrieving documentation that is more than ten years old. In addition, plaintiff's attorneys' ability to work on the reply is hampered by the two-week absence of a key individual under the plaintiff's employ.

The time requested herein is necessary to permit the plaintiff's staff to provide us with their advice, and for plaintiff's attorneys to draft an appropriate reply to defendant's cross-motion.

We are authorized to state that defendant has no objection to this motion.

WHEREFORE, plaintiff respectfully requests that the motion for enlargement of time be granted.

Respectfully submitted,

March 13, 2006

s/Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 13th day of March, 2006, been made on defendant's counsel by electronically filing the same with the Court. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

March 13, 2006