# In The United States Court of Federal Claims

No. 02-483T

(Filed: March 20, 2006)

FORD MOTOR COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 20, 2006, plaintiff filed an unopposed motion for an enlargement of time in which to respond to defendant's cross-motion for summary judgment, to and including May 19, 2006. The response to defendant's cross-motion and reply in support of plaintiff's motion was originally due April 6, 2006, per Rule 7.2(e) of the Rules of the Court of Federal Claims. Plaintiff's motion is hereby **GRANTED**, in part, and **DENIED**, in part. On or before May 8, 2006, plaintiff shall file its response to defendant's cross-motion for summary judgment and reply in support of its motion for summary judgment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge