**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Ford Motor Company and Affiliates, in accordance with Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's Special Procedures Order of May 31, 2002 [paragraphs (3) and (5)], respectfully moves the Court for an enlargement of 14 days, from May 8, 2006, to and including May 22, 2006, within which to reply to defendant's cross-motion for summary judgment, and reply in support of its motion for summary judgment. This is the second enlargement requested for this purpose, the first having been granted for a period of 32 days.

As good cause therefore, plaintiff states that since receipt of defendant's motion, plaintiff's attorneys have requested an analysis of defendant's computations by the plaintiff's technical staff entailing the retrieval of historical computations and documentation. Over the

past 45 days, plaintiff's technical staff have been successful in locating files and re-assembling data pertaining to the factual issues raised by the Government. In the last 14 days, plaintiff's attorneys have conferred numerous times with plaintiff's attorneys' Senior Tax Interest Technical Director, as well as with the technical and legal personnel of the taxpayer, discussing their analysis of the data and the multiple new issues raised in defendant's pending motion. The time requested herein is necessary to permit plaintiff's legal staff to provide us with their final advice, and for plaintiff's attorneys to draft an appropriate response.

We are authorized to state that defendant has no objection to this motion.

WHEREFORE, plaintiff respectfully requests that the motion for enlargement of time be granted.

Respectfully submitted,

May 5, 2006

s/ Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 5th day of May, 2006, been made on defendant's counsel by electronically filing the same with the Court. Pursuant to the Court's Special Procedures Order of May 31, 2002 [paragraph (3) and (5)], a copy of the Motion for Enlargement of Time has also been transmitted by facsimile to chambers in addition to being filed formally [electronically]. Should the Court be unable to electronically transmit a copy of the foregoing to the defendant's counsel, plaintiff respectfully requests the Clerk of the Court to mail a copy of the foregoing document to the following address:

W.C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

s/Joseph M. Persinger
Joseph M. Persinger
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5072
Fax: (212) 822-5072
Email: jpersinger@milbank.com

May 5, 2006