**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FORD MOTOR COMPANY AND AFFILIATES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-483 T** |
| **v.** | ) | **The Honorable Francis M. Allegra** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the parties[1] to the above-captioned case, that a judgment may be entered dismissing the complaint, with prejudice, each party to bear its own costs.

[1] While this document has been prepared and electronically filed by plaintiff's attorneys, it was reviewed and approved by defendant's counsel as a joint submission.

Respectfully submitted,

May 17, 2006

s/Joseph M. Persinger
JOSEPH M. PERSINGER
Attorney of Record
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005
Voice: (212) 530-5000
Fax: (212) 822-5072
Email: jpersinger@milbank.com

Attorney for Plaintiff

May 17, 2006

s/W. C. Rapp
W. C. RAPP
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0503
Fax: (202) 514-9440
Email: william.c.rapp@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

May 17, 2006

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant

NY2:#4686487v3
05/17/06 12:42 PM